UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 09-1297 & 09-1298

---

THE ABI JAOUDI AND AZAR TRADING CORPORATION

v..

CIGNA WORLDWIDE INSURANCE COMPANY;
SAMUEL M. LOHMAN, ESQ.

THE HONORABLE JOSIE SENESIE, COMMISSIONER OF
INSURANCE FOR THE REPUBLIC OF LIBERIA AND COURT
APPOINTED RECEIVER FOR THE LIBERIAN BRANCH OF
CIGNA WORLDWIDE INSURANCE COMPANY,
Appellant (09-1297)

(Pursuant to Rule 12(a), FRAP)

Samuel M. Lohman, Esq.
Appellant (09-1298)

---

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-91-cv-06785)
District Judge: Honorable John P. Fullam

---

Argued March 9, 2010

---

Before: AMBRO, SMITH, and MICHEL,[*] Circuit Judges

---

[*] Honorable Paul R. Michel, Chief Judge, United States Court of Appeals for the Federal Circuit, sitting by designation. Chief Judge Michel has since retired, and this opinion has been approved by a quorum of the panel. See 28 U.S.C. § 46(d).

## JUDGMENT

These causes came on to be heard on the record before the United States District Court for the Eastern District of Pennsylvania and were argued on March 9, 2010.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgments of the District Court dated January 13, 2009 are hereby vacated and that this action is remanded to the District Court for further proceedings. Each party should bear its own costs. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated:   August 20, 2010

Certified as a true copy and issued in lieu
of a formal mandate on September 13, 2010

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2