# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel   212 909 6000
Fax   212 909 6836
www.debevoise.com

November 15, 2010

The Hon. John P. Fullam
United States District Court for the
   Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

    **Re:   The Abi Jaoudi and Azar Trading Corp. vs. CIGNA Worldwide Insurance Co. (No. 91-6785)**

Dear Judge Fullam:

    By this letter, we provide a revised version of the proposed order submitted by CIGNA Worldwide Insurance Co. ("CWW") last Wednesday. The only substantive change from the form of order previously provided is the extension of the additional time to respond to discovery to all pending discovery request. The parties have consented to the attached form of order, and we respectfully request that the Court enter the proposed order attached to this letter.

                                          Respectfully submitted,

                                          Matthew S. Hackell

cc:    Mary Catherine Malin, Esq.,
        Assistant Legal Adviser for Diplomatic Law and Litigation
        United States Department of State
    Henry F. Reichner, Esq.
    Mark Gottlieb, Esq.