UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------x

THE ABI JAOUDI AND AZAR TRADING CORP., :

    Plaintiff, :

    -against- :

CIGNA WORLDWIDE INS. CO., :

    Defendant. :

:

-----------------------------------------------------------------X

Civil Action No. 91-6785

**CONSENT ORDER**

WHEREAS, Defendant CIGNA Worldwide Insurance Co. ("CWW") has filed a Motion for Contempt in the above-titled proceeding seeking Orders of contempt against, among others, Plaintiff the Abi Jaoudi & Azar Trading Corp., Josie P. Senesie and Samuel M. Lohman (together, "Respondents" and, together with CWW, "the Parties") that is currently pending before this Court;

WHEREAS by Minute Entry dated September 24, 2010, the Court Ordered that discovery could commence within 30 days, and that counsel for Senesie should make an application to the United States Department of State for a statement of interest in this matter;

WHEREAS on October 25, 2010, CWW served interrogatories, requests for the production of documents and notices of deposition on counsel for Senesie, Lohman and Mr. Foday Sesay, Senesie's successor as Liberian-appointed receiver for the Liberian branch and business of CWW ("Sesay"), such requests and interrogatories (the "Requests") requiring a response on or before November 24, 2010;

WHEREAS the Court has been informed that an application has been made regarding this matter to the Department of State; and

WHEREAS the Parties consent to the entry of the following Order:

NOW, THEREFORE, this 16 day of November, 2010, upon consideration of the letters submitted by counsel and upon all pleadings and proceedings herein, it is hereby:

ORDERED that the Department of State is requested to provide a response, if any, to said application, or to inform the Court if it requires additional time to consider that application, on or before January 21, 2011; and it is further

ORDERED that the date set by the Requests for a response by Respondents is adjourned, and Respondents shall respond to the Requests on or before January 24, 2011.

Dated: Philadelphia, Pennsylvania
November 16, 2010

BY THE COURT:

_____
JOHN P. FULLAM
UNITED STATES DISTRICT JUDGE