# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE ABI JAOUDI AND AZAR TRADING CORP.** | : : : | **CIVIL ACTION** |
| v. | : : | NO. 91-6785 |
| **CIGNA WORLDWIDE INS. CO.** | : | |

## ORDER

**AND NOW**, this 23rd day of May, 2011, it is **ORDERED** that CIGNA Worldwide Insurance Company shall, by **Wednesday, May 25th**, respond to Non-Party Respondents' "Motion to Declare the Discovery Requests Moot or, in the Alternative, an Extension to Respond to Discovery." *(Doc. No. 241.)*

                      **IT IS SO ORDERED.**

                    /s/ Legrome D. Davis for

                    _____

                    **Paul S. Diamond, J.**