IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------x

THE ABI JAOUDI AND AZAR TRADING CORP.,

    Plaintiff,

-against-

CIGNA WORLDWIDE INS. CO.,

    Defendant.

Civil Action No. 91-6785

------------------------------------------------------------------x

## ORDER

**AND NOW**, this 31st day of May, 2011, upon consideration of Non-Party Respondents' Motion to Declare the Discovery Requests Moot *(Doc. No. 241)*, CIGNA's Response *(Doc. No. 243)*, and Respondents' Reply *(Doc. No. 245)*, it is **ORDERED** as follows:

1. Respondents' Motion to Declare the Discovery Requests Moot *(Doc. No. 241)* is **DENIED**. Respondents Senesie, Sesay, and Lohman shall, by **June 6, 2011**, provide full and complete responses to Defendant's October 25, 2010 Interrogatories and Requests for Production of Documents.

2. Respondents Senesie, Sesay, and Lohman, and Respondents' witnesses, Cllr. Thompson Jargba and Cllr. Oswald Tweh, shall appear—no later than twenty-one (21) days after the date on which Respondents provide

those responses—to have their depositions taken pursuant to the October 25, 2010 Notices.

3. By **June 3, 2011**, Respondents shall respond to Defendant's demand for its reasonable fees and costs incurred in responding to Respondents' Motion to Declare the Discovery Requests Moot.

4. **IF RESPONDENTS AGAIN FAIL TO COMPLY WITH MY DISCOVERY ORDERS, THEY RISK BEING HELD IN CONTEMPT OF COURT.**

                              IT IS SO ORDERED.

                              */s/ Paul S. Diamond*

                              **Paul S. Diamond, J.**