

**Henry F. Reichner**
Direct Phone: +1 215 851 8266
Email: hreichner@reedsmith.com

Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
+1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

June 6, 2011

**VIA HAND DELIVERY**

The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *The Abi Jaoudi and Azar Trading Corp. v. CIGNA Worldwide Insurance Company*, No. 91-6785 (E.D Pa.)

Dear Judge Diamond:

Up until today, we have represented The Honorable Foday Sesay, Commissioner of Insurance of the Republic of Liberia and Court-appointed Receiver for the Liberian Branch of CIGNA Worldwide Insurance Company, and his predecessor, The Honorable Josie Senesie (collectively, the "Respondents"), in connection with the contempt motion filed by CIGNA Worldwide Insurance Company ("CWW").

We note that, while this Court has entered two Orders requiring Respondents to provide discovery, the Republic of Liberia has instructed Respondents not to attorn to the jurisdiction of this Honorable Court. See, e.g., Diplomatic Note from the Republic of Liberia to the United States Department of State of March 2011, filed with the Court on March 4, 2011, at Document No. 233-1 ("The Republic will instruct its representatives to resist any attempt on the part of the District Court to exercise sovereignty over the Respondents"). In that regard, we understand that Respondents intend to follow the directive of their government and decline, respectfully, to comply with the Court's Orders regarding discovery.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-106426160.1-HFREICHN 6/6/11 4:02 PM

The Honorable Paul S. Diamond  **ReedSmith**
June 6, 2011
Page 2

      We must report that, in light of the foregoing, we were discharged by Respondents today and instructed to cease representation of them in this proceeding immediately. We are prepared to file a motion to withdraw if deemed necessary.

                                    Respectfully,

                                    Henry F. Reichner

HFR:rp

cc. Counsel for CWW (via e-mail)
    Counsel for Lohman (via e-mail)
    The Honorable Foday Sesay
    The Honorable Josie Senesie