IN THE GRAND COURT OF THE CAYMAN ISLANDS

CAUSE NO: 329 OF 2008

In Chambers
17 July 2008
Before the Honourable Chief Justice Smellie

BETWEEN:

    CIGNA WORLDWIDE INSURANCE COMPANY (BY AND THROUGH ITS COURT APPOINTED RECEIVER, JOSIE SENESIE, AND IN RESPECT OF THE ASSETS UNDERTAKINGS AND AFFAIRS OF ITS LICENSED LIBERIAN BRANCH AND BUSINESS)

    Plaintiff

AND

    ACE LIMITED

    Defendant

## ORDER

UPON the Summons of the Defendant dated 16 July 2008

AND UPON hearing Counsel for the Defendant and Mr Senesie

AND UPON reading the draft affidavit of Robert Cusumano and the documents recorded on the Court file as having been read

AND UPON the undertakings given on behalf of the Defendant: (i) that in the event that the Defendant is de-registered as a Cayman Islands company and transferred by way of continuation to Switzerland, its Swiss incorporated successor ("**Swiss Successor**") will submit to the jurisdiction of the Grand Court and will provide an address for service, namely, C/o Maples and Calder, PO Box 309, George Town, Grand Cayman, Cayman Islands, such that the Swiss Successor will become the defendant herein; (ii) that the Swiss Successor will pay any sum that this Court do finally order to be paid by the Defendant to the Plaintiff in these proceedings; (iii) that Mr Cusumano's affidavit be sworn in substantially the same form as that submitted in draft to the Court and be filed and served on the Plaintiff; and (iv) that the Defendant will file an acknowledgement of service

IT IS ORDERED as follows:

1   By consent, that the time for hearing the Summons be abridged.

2   ~~That paragraph 6 of the Amended Writ of Summons be struck out.~~

AND IT IS DECLARED THAT:

3   The Defendant has complied with sub-sections 226(2) of the Companies Law (2007 Revision).

4   The Registrar of Companies may forthwith proceed to consider deregistering the Defendant pursuant to section 226 of the Companies Law (2007 Revision).

AND IT IS FURTHER ORDERED THAT:

5   The costs of the Summons be ~~paid by Mr Genesio, to be taxed if not agreed.~~ *be reserved until delivery of the written reasons of the Summons*

DATED this 17th day of July 2008

FILED this 17th day of July 2008

---

**THE HONOURABLE CHIEF JUSTICE SMELLIE**

THIS ORDER was filed by Maples and Calder, attorneys for the Defendants, whose address for service is PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: CDM/MJC/011166/14790448).