# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP. | : | CIVIL ACTION |
| v. | : | NO. 91-6785 |
| CIGNA WORLDWIDE INS. CO. | : | |

## ORDER

**AND NOW**, this 23rd day of June, 2011, upon consideration of Defendant's unopposed letter request to postpone Mr. Lohman's deposition pending my ruling on Mr. Lohman's Motion for a Protective Order and Defendant's Cross-Motion to Compel Discovery *(Doc. No. 256)*, Defendant's request is **GRANTED**.

**IT IS SO ORDERED.**

/s/ Paul S. Diamond

_____
**Paul S. Diamond, J.**