IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP. | : : : | CIVIL ACTION |
| v. | : : | NO. 91-6785 |
| CIGNA WORLDWIDE INS. CO. | : | |

## ORDER

**AND NOW**, this 11th day of July, 2011, it is **ORDERED** as follows:

1. The Motion of Henry F. Reichner and Reed Smith LLP to Withdraw as Counsel for Respondents Foday Sesay and Josie Senesie *(Doc. No. 249)* is **DENIED**.

2. A hearing will be held on **August 5, 2011 at 2:00 p.m.** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in Courtroom 6-B, at which outstanding issues in the litigation will be addressed, including the following: Respondent Samuel Lohman's Motion for a Protective Order *(Doc. No. 248)* and Motion to Find Relief Sought in CIGNA's Contempt Motion Fully Satisfied as to Him *(Doc. No. 254)*; CIGNA's Cross-Motion to Compel Discovery *(Doc. No. 255)*; and whether Messrs. Sesay and Senesie are in contempt of my May 10, 2011 Order *(Doc. No. 239)*.

**IT IS SO ORDERED.**

/s/ Paul S. Diamond

_____

**Paul S. Diamond, J.**