**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE ABI JAOUDI AND AZAR** | : | |
| **TRADING CORP.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 91-6785** |
| | : | |
| **CIGNA WORLDWIDE INS. CO.** | : | |

_____

### ORDER

    **AND NOW**, this 12th day of July, 2011, it is **ORDERED** that the hearing previously

scheduled for August 5, 2011 is **RESCHEDULED** to **AUGUST 19, 2011 AT 11:00 a.m.** in

Courtroom 6-B, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA  19106.

ATTEST:                                        or  BY THE COURT:


BY: _____            _____
    Carol D. James                              PAUL S. DIAMOND,     J.
    Deputy Clerk