IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------x
THE ABI JAOUDI AND AZAR TRADING CORP.,

       Plaintiff,

       -against-

CIGNA WORLDWIDE INS. CO.,

       Defendant.
---------------------------------------------------------------------x

Civil Action No. 91-6785

## **ORDER**

**AND NOW**, this _____ day of September, 2011, it is **ORDERED** as follows:

1.    Mark Gottlieb, Esquire, of Offit Kurman, shall, by September 9, 2011, produce for *in camera* review, all documents identified on any of the Privilege Logs produced by Respondent Samuel Lohman on June 6, 2011.  Mr. Gottlieb shall provide a full and complete explanation detailing, document by document, the precise legal grounds for any claim that the document is not discoverable.

2.    Henry Reichner, Esquire, of Reed Smith LLP, shall, by September 9, 2011, produce for *in camera* review, all documents in his possession, custody or control that are described on any of the Privilege Logs produced by Respondent Samuel Lohman on June 6, 2011.  Mr. Reichner shall provide a full and complete explanation detailing, document by document, the precise legal grounds for any claim that the document is not discoverable.

3. Respondent Lohman shall appear on _____, 2011 in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in _____ to have his deposition taken by CWW. This deposition shall take place under the supervision of the Court.

4. Respondent Lohman is adjudged to be in contempt of this Court's Orders of May 10, 2011 and August 19, 2011 (the "Discovery Orders").

5. Respondent Lohman shall compensate Defendant for its reasonable fees and costs incurred since May 10, 2011 in connection with its efforts to require Lohman to comply with the Discovery Orders, and in responding to Lohman's related motions. Defendants shall submit to the Court for *in camera* review a verification of the amount of such fees and costs within ten (10) days of the date of this Order.

6. Fines shall be imposed against Respondent Lohman in the amount of $5,000 per day until such date as he complies fully and completely with the Discovery Orders.

BY THE COURT:

                PAUL S. DIAMOND
                UNITED STATES DISTRICT JUDGE