UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------------x
:
THE ABI JAOUDI AND AZAR TRADING CORP.,   :
:
      Plaintiff,   :
:   Civil Action No. 91-6785
      -against-   :
:
CIGNA WORLDWIDE INS. CO.,   :
:
      Defendant.   :
:
---------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of a letter dated September 7, 2011 from Donald W. Hawthorne, counsel for CWW, with an accompanying proposed order and supporting exhibit, was filed electronically, which constitutes service on all parties, and e-mailed on this date to:

    Henry F. Reichner, Esquire
    Reed Smith LLP
    2500 One Liberty Place
    1650 Market Street
    Philadelphia, PA  19103

    Mark E. Gottlieb, Esquire
    William H. Pillsbury, Esquire
    OFFIT KURMAN, P.A.
    1801 Market Street
    Suite 2300
    Philadelphia, PA  19103

Dated: New York, New York
        September 7, 2011

                                              /s/ Matthew S. Hackell
                                           Matthew S. Hackell, Esq.