IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA WORLDWIDE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 91-6785<br><br>**NOTICE OF CONDITIONAL APPEARANCE** |

To the Clerk of this Court and all parties of record:

Non-Party Respondents FodaySesay and Josie Senesie, appearing in this action *pro se*, state that notices and papers can be served on them at the following address:

The Embassy of Liberiato the United States
5201 16th Street NW
Washington DC 20011
Attention: Mr. Edwin Sele, Deputy Chief of Mission

By filing this *pro se* Notice of Conditional Appearance, the undersigned expressly reserve, and do not waive, any and all (i) objections to jurisdiction and/or improper service of process in this action, and (ii) protections which are due under the doctrine of sovereign immunity.

Dated: September 15, 2011

_____
FodaySesay

_____
Josie Senesie