UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR,<br>TRADING CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>CIGNA WORLDWIDE INSURANCE<br>COMPANY, *et al.*,<br><br>    Defendants. | 91-CV-6785 |

## NOTICE OF POTENTIAL PARTICIPATION BY THE UNITED STATES

Respondents previously notified the Court that they had lodged an application with the Department of State for an immunity determination. On November 16, 2010, this Court entered an Order stating, in part, that "the Department of State is requested to provide a response, if any, to said application, or to inform the Court if it requires additional time to consider that application, on or before January 21, 2011." Docket No. 229, at 2. In response to that Order, the United States filed a Notice informing the Court: "After reviewing the relevant portions of record in this case, consulting extensively with counsel for the parties, and reviewing their separate written submissions to the Department of State on the question of Respondents' immunity, the United States has concluded that threshold determinations must be made as to the capacity in which the Respondents are being sued and, in particular, whether the Republic of Liberia is the real party in interest." Docket No. 230, at 1. The United States further stated: "Once the Court has made a determination as to the real party in interest, the United States will then be in a position to determine whether, pursuant to 28 U.S.C. § 517, to submit a statement of interest or,

if appropriate, a suggestion of immunity." *Id.* at 2.

Because of the manner in which the litigation has subsequently developed, it does not appear that the Court will have occasion to rule on the real party in interest issue. The United States has thus reviewed the record, and believes that it will likely be able to make a final determination on Respondents' pending application regarding immunity within 30 days from today. The United States will notify the Court on or before that date of any such determination.

September 19, 2011                         Respectfully submitted,

                                                    TONY WEST
                                                    Assistant Attorney General

                                                    JOSEPH H. HUNT
                                                    Branch Director

                                                    VINCENT M. GARVEY
                                                    Deputy Branch Director

                                                     */s/ Jeffrey M. Smith*
                                                    JEFFREY M. SMITH
                                                    U.S. Department of Justice, Civil Division
                                                    20 Massachusetts Avenue, N.W.
                                                    Room 7144
                                                    Washington, D.C. 20001
                                                    Tel: (202) 514-4775
                                                    Fax: (202) 616-8470

                                                    *Attorneys for the United States of America*