IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------------x
THE ABI JAOUDI AND AZAR TRADING CORP.,

      Plaintiff,

      -against-

CIGNA WORLDWIDE INS. CO.,

      Defendant.
---------------------------------------------------------------------------x

Civil Action No. 91-6785

## **ORDER**

**AND NOW**, this _____ day of October, 2011, it is **ORDERED** as follows:

1.    Mark Gottlieb, Esquire, of Offit Kurman, shall, by _____, 2011, produce for *in camera* review all documents identified on any of the Privilege Logs produced by Respondent Samuel Lohman on June 6, 2011. Mr. Gottlieb shall provide a full and complete explanation detailing, document by document, the precise legal grounds for any claim that the document is not discoverable.

2.    Henry Reichner, Esquire, of Reed Smith LLP, shall, by _____, 2011, produce for *in camera* review, all documents in his possession, custody or control that are described on any of the Privilege Logs produced by Respondent Samuel Lohman on June 6, 2011. Mr. Reichner shall provide a full and complete explanation detailing, document by document, the precise legal grounds for any claim that the document is not discoverable.

      3.      Respondent Lohman shall appear on _____, 2011 in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in _____ to have his deposition taken by CWW.  This deposition shall take place under the supervision of the Court.

                      BY THE COURT:

                      _____
                      PAUL S. DIAMOND
                      UNITED STATES DISTRICT JUDGE