UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------------x

THE ABI JAOUDI AND AZAR TRADING CORP.,

        Plaintiff,

    -against-

CIGNA WORLDWIDE INS. CO.,

        Defendant.

---------------------------------------------------------------------------X

Civil Action No. 91-6785

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing (1) Defendants' Motion for Relief Regarding Respondent Samuel M. Lohman's Failure to Comply With the court's August 19, 2011, Order; (2) Memorandum of Law in Support of Defendants' Motion; and (3) Proposed Order; were on this date filed electronically, which constitutes service on all parties; e-mailed to:

| | |
|---|---|
| Henry F. Reichner, Esquire | Mark E. Gottlieb, Esquire |
| Reed Smith LLP | William H. Pillsbury, Esquire |
| 2500 One Liberty Place | OFFIT KURMAN, P.A. |
| 1650 Market Street | 1801 Market Street |
| Philadelphia, PA 19103 | Suite 2300 |
| | Philadelphia, PA 19103; |

and were also sent by First Class Mail to:

Mr. Foday Sesay
Mr. Josie Senesie
c/o The Embassy of Liberia to the United States
5201 16th Street NW
Washington DC 20011
Attention: Mr. Edwin Sele, Deputy Chief of Mission

Dated: New York, New York
       September 28, 2011

                                                        /s/ Matthew S. Hackell
                                                    Matthew S. Hackell, Esq.