IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA WORLDWIDE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 91-6785 |

## RESPONSE TO DEFENDANT'S LATEST MOTION

Pursuant to this Court's Order of September 15, 2011 (Doc. # 278), the undersigned submits this response to Defendant's motion seeking, *inter alia*, an Order requiring the undersigned to produce documents listed on privileged logs (a) the undersigned did not prepare (b) for an individual the undersigned did not represent (Respondent Lohman).

The undersigned has reviewed documents received during the course of representing Respondents Senesie and Sesay and, with one possible exception, has been unable to locate any documents that appear to be listed on Lohman's privilege logs. The one exception is an Order of the Liberian Court that has already been filed of record both in this Court and in the Third Circuit – assuming, that is, that the Order identified in the log is the same document; if not, the undersigned has located no documents in the undersigned's files as described in Lohman's privilege logs.

Under the circumstances – and given that Defendant has utterly failed to offer the Court any legal authority entitling it to discovery from the undersigned even though directed by this

Court to do so – the Court should now enter an Order precluding Defendant from subjecting Reed Smith LLP and any of its partners, counsel, associates, or employees, including but not limited to Henry F. Reichner, to any form of discovery or similar process.

                        Respectfully submitted,

                        Henry F. Reichner, Esquire
                        **REED SMITH LLP**
                        500 One Liberty Place
                        1650 Market Street
                        Philadelphia, PA  19103-7301
                        215-851-8100 (Telephone)
                        215-851-1420 (Facsimile)

## CERTIFICATE OF SERVICE

I, Henry F. Reichner, hereby certify that a true and correct copy of the foregoing document was served as indicated on the following on this date:

        Richard J. Bortnick, Esquire (via ECF and e-mail)
        **COZEN O'CONNOR**
        1900 Market Street
        Philadelphia, PA  19103

        Donald W. Hawthorne, Esquire (via ECF and e-mail)
        **DEBEVOISE & PLIMPTON LLP**
        919 Third Avenue
        New York, NY  10022

        Mark E. Gottlieb, Esquire (via ECF and e-mail)
        William H. Pillsbury, Esquire
        **OFFIT KURMAN, P.A.**
        1801 Market Street
        Suite 2300
        Philadelphia, PA  19103

        Foday Sesay (via e-mail and regular mail)
        c/o MARTIN KENNEY & CO., SOLICITORS
        Third Floor
        Flemming House
        P.O. Box 4740
        Road Town, Tortola, British Virgin Islands, VG1110

        Josie Senesie (via e-mail and regular mail)
        c/o MARTIN KENNEY & CO., SOLICITORS
        Third Floor
        Flemming House
        P.O. Box 4740
        Road Town, Tortola, British Virgin Islands, VG1110

Dated:  October 11, 2011

                                                                Henry F. Reichner, Esquire