## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR, TRADING CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 91-CV-6785 ) |
| CIGNA WORLDWIDE INSURANCE COMPANY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE BY THE UNITED STATES

Respondents previously notified the Court that they had lodged an application with the Department of State for an immunity determination.  On January 21, 2011, the United States filed a Notice informing the Court that the United States was "not in a position in this case to determine whether to submit its views on any issues, such as Respondents' immunity" until the Court had made a threshold determination as to whether the Republic of Liberia is the real party in interest.  Docket No. 230, at 1–2.  On September 19, 2011, the United States filed a Notice of Potential Participation informing the Court: "Because of the manner in which the litigation has subsequently developed, it does not appear that the Court will have occasion to rule on the real party in interest issue."  Docket No. 281, at 2.  The United States further stated that it believed "that it will likely be able to make a final determination on Respondents' pending application regarding immunity within 30 days from today."  Id.

The United States has been actively considering Respondents' pending application regarding immunity, as well as other issues raised by this case.  The United States' consideration of this matter is not yet complete, however, and the United States now expects to be able to

communicate its views, if any, by December 5, 2011. The United States appreciates the Court's patience in this regard.

| | |
|---|---|
| October 19, 2011 | Respectfully submitted, |
| | TONY WEST<br>Assistant Attorney General |
| | JOSEPH H. HUNT<br>Branch Director |
| | VINCENT M. GARVEY<br>Deputy Branch Director |
| | <u>/s/ Alicia N. Ellington</u><br>ALICIA N. ELLINGTON<br>U.S. Department of Justice, Civil Division<br>Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Room 7226<br>Washington, D.C. 20001<br>Tel: (202) 305-8550<br>Fax: (202) 616-8470 |
| | *Attorneys for the United States of America* |