# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE ABI JAOUDI AND AZAR TRADING CORP.,** | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 91-6785 |
| **CIGNA WORLDWIDE INS. CO., et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 6th day of December, 2011, it is hereby **ORDERED** that all interested Parties shall respond to the Government's Statement of Interest *(Doc. No. 290)* no later than **December 21, 2011**.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.