UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------------x

THE ABI JAOUDI AND AZAR TRADING CORP.,

      Plaintiff,

   -against-

CIGNA WORLDWIDE INS. CO.,

      Defendant.

---------------------------------------------------------------------------X

Civil Action No. 91-6785

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Response of CIGNA Worldwide Insurance Company to the Statement of Interest of the United States of America, with an exhibit, was filed electronically, which constitutes service on all parties, and e-mailed on this date to:

| | |
|---|---|
| Henry F. Reichner, Esquire | Mark E. Gottlieb, Esquire |
| Reed Smith LLP | William H. Pillsbury, Esquire |
| 2500 One Liberty Place | OFFIT KURMAN, P.A. |
| 1650 Market Street | 1801 Market Street |
| Philadelphia, PA  19103 | Suite 2300 |
| | Philadelphia, PA  19103 |

and was also sent by First Class Mail to:

   Mr. Foday Sesay
   Mr. Josie Senesie
   c/o The Embassy of Liberia to the United States
   5201 16th Street NW
   Washington, D.C. 20011
   Attention: Mr. Edwin Sele, Deputy Chief of Mission

Dated: New York, New York
       December 21, 2011

                                                s/ Matthew S. Hackell
                                                Matthew S. Hackell, Esq.