UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------x

THE ABI JAOUDI AND AZAR TRADING CORP.,

        Plaintiff,

    -against-

CIGNA WORLDWIDE INS. CO.,

        Defendant.

---------------------------------------------------------------------X

Civil Action No. 91-6785

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Letter of CIGNA Worldwide Insurance Company and all exhibits thereto was filed electronically, which constitutes service on all parties, and e-mailed on this date to:

| | |
|---|---|
| Henry F. Reichner, Esquire | Mark E. Gottlieb, Esquire |
| Reed Smith LLP | William H. Pillsbury, Esquire |
| 2500 One Liberty Place | OFFIT KURMAN, P.A. |
| 1650 Market Street | 1801 Market Street |
| Philadelphia, PA  19103 | Suite 2300 |
| | Philadelphia, PA  19103 |

and was also sent by First Class Mail to:

Mr. Foday Sesay
Mr. Josie Senesie
c/o The Embassy of Liberia to the United States
5201 16th Street NW
Washington, D.C. 20011
Attention: Mr. Edwin Sele, Deputy Chief of Mission

Dated: New York, New York
       February 2, 2012

                                            /s/ Matthew S. Hackell
                                            Matthew S. Hackell