# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE ABI JAOUDI AND AZAR TRADING CORP.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 91-6785 |
| | : | |
| **CIGNA WORLDWIDE INS. CO., et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 11th day of May, 2012, it is hereby **ORDERED** that all interested Parties shall respond to Defendant Cigna Worldwide Insurance Company's Amended Emergency Motion for Contempt *(Doc. No. 307)* no later than **May 18, 2012**.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.