UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------x
THE ABI JAOUDI AND AZAR TRADING CORP.,

       Plaintiff,

  -against-

CIGNA WORLDWIDE INS. CO.,

       Defendant.

------------------------------------------------------------------------X

Civil Action No. 91-6785

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents:

(i) Amended Emergency Motion of Defendant Cigna Worldwide Insurance Company for Contempt and to Enforce the Court's Anti-Suit Injunction Order (*Doc. No. 307*);

(ii) Supplemental Memorandum of Law in support of Amended Motion for Contempt, with exhibits (*Doc. No. 307*);

(iii) Order to Show Cause, entered November 19, 2008 (*Doc. No. 175*);

(iv) Notice of Emergency Motion for Contempt and to Enforce the Court's Anti-Suit Injunction Order, dated November 18, 2008, with proposed order (*Doc. No. 174*);

(v) Memorandum of Law in Support of Emergency Motion for Contempt, dated November 18, 2008, with exhibits (*Doc. No. 174-3*); and

(vi) Declaration of Stephen A. Cozen, dated November 18, 2008, with exhibits (*Doc. No . 174-32*),

were served on May 14, 2012, by personal service, on the following Respondents as

follows:

Echemus Group L.P.
  c/o CCP Financial Consultants Limited
Second Floor, Ellen L. Skelton Building
Fishers Lane
Road Town, Tortola
British Virgin Islands

Echemus Investment Management Limited
  c/o CCP Financial Consultants Limited
Second Floor, Ellen L. Skelton Building
Fishers Lane
Road Town, Tortola
British Virgin Islands

| | |
|---|---|
| Echemus International Limited<br>  c/o CCP Financial Consultants Limited<br>Second Floor, Ellen L. Skelton Building<br>Fishers Lane<br>Road Town, Tortola<br>British Virgin Islands | EF (USA) LLC<br>  c/o Capitol Corporate Services, Inc.<br>1111B South Governors Avenue<br>Dover, Delaware 19904 |

Dated:   New York, New York
        May 14, 2012

                                              /s/ Matthew S. Hackell
                                              Matthew S. Hackell