UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------------x
THE ABI JAOUDI AND AZAR TRADING CORP.,

        Plaintiff,

   -against-

CIGNA WORLDWIDE INS. CO.,

        Defendant.
-----------------------------------------------------------------------X

Civil Action No. 91-6785

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents:

   (i)   Amended Emergency Motion of Defendant Cigna Worldwide Insurance Company for Contempt and to Enforce the Court's Anti-Suit Injunction Order (*Doc. No. 307*);

   (ii)   Supplemental Memorandum of Law in support of Amended Motion for Contempt, with exhibits (*Doc. No. 307*);

   (iii)   Order to Show Cause, entered November 19, 2008 (*Doc. No. 175*);

   (iv)   Notice of Emergency Motion for Contempt and to Enforce the Court's Anti-Suit Injunction Order, dated November 18, 2008, with proposed order (*Doc. No. 174*);

   (v)   Memorandum of Law in Support of Emergency Motion for Contempt, dated November 18, 2008, with exhibits (*Doc. No. 174-3*); and

   (vi)   Declaration of Stephen A. Cozen, dated November 18, 2008, with exhibits (*Doc. No . 174-32*),

were served on Mr. James Little on May 16, 2012, at 2123 Chapel Valley Lane, Lutherville-Timonium, Maryland 21093, which according to the records of the Maryland Motor Vehicle Administration and other business records is his official residence, by

leaving a copy with Mr. James Witherspoon, a person of suitable age and discretion residing at that address.

Dated:   New York, New York
         May 16, 2012

/s/ Matthew S. Hackell
Matthew S. Hackell