IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., <br>                  Plaintiff, <br><br> v. <br><br> CIGNA WORLDWIDE INS. CO., et al., <br>                  Defendants. | CIVIL ACTION <br><br><br><br><br><br> NO. 91-6785 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance for non-party respondent, Martin Kenney, in the above-captioned matter.

/s/Rochelle D. Laws<br>
Robert C. Clothier (Attorney Id #57162)<br>
Rochelle D. Laws (Attorney Id #206381)<br>
Fox Rothschild LLP<br>
2000 Market Street, 20th Floor<br>
Philadelphia, PA  19103<br>
(215) 299-2000<br>
(215) 299-2150 (f)<br><br>
Attorneys for Non-party Respondent,<br>
MARTIN KENNEY

Dated:   May 17, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Entry of Appearance was served via the Court's ECF filing system (unless otherwise stated) upon the following:

Donald W. Hawthorne, Esquire
Donald Francis Donovan, Esquire
Matthew S. Hackell, Esquire
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

Stephen A. Cozen, Esquire
Richard J. Bortnick, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Defendant, CIGNA WORLDWIDE INSURANCE COMPANY*

Derek T. Ho, Esquire
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
*(Via Email)*

Joseph A. Tate, Esquire
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
*(Via Email)*

*Attorneys for Non-party Respondents JAMES LITTLE, ECHEMUS GROUP L.P., ECHEMUS INVESTMENT MANAGEMENT LTD., EF (US) LLC, AND ECHEMUS INVESTMENTS LTD*

                                                                     */s/Rochelle D. Laws*
                                                                     ROCHELLE D. LAWS

Dated:   May 17, 2012