IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., :<br>　　　　　　　Plaintiff, :<br>　　　　　　　　　　　　:<br>　v. 　　　　　　　　　　　:　Civ. No. 91-6785<br>　　　　　　　　　　　　:<br>CIGNA WORLDWIDE INS. CO., et al., :<br>　　　　　　　Defendants. :<br>　　　　　　　　　　　　: | |

## O R D E R

On May 10, 2012, Defendant Cigna submitted an "Amended Emergency Motion for Contempt." *(Doc. No. 307.)* The next day, I ordered all interested Parties to respond no later than May 18, 2012. *(Doc. No. 308.)* Apparently the "Emergency" has abated, as Cigna now joins several of the Respondents in a "Joint Emergency Motion for Extension" together with a supporting Memorandum of Law. *(Doc. No. 311.)* Henceforth the Parties will limit their use of the word "emergency" to truly emergent circumstances.

**AND NOW**, this 17th day of May, 2012, it is hereby **ORDERED** that all interested Parties shall respond to Defendant Cigna Worldwide Insurance Company's Amended Emergency Motion for Contempt *(Doc. No. 307)* no later than **June 8, 2012**.

　　　　　　　　　　　　　　　　　　　　　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Paul S. Diamond
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.