IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP.,<br><br>Plaintiff, | CIVIL ACTION |
| v. | |
| CIGNA WORLDWIDE INS. CO., et al.<br>Defendants. | NO. 91-6785 |

## **ORDER**

AND NOW, this _____ Day of June, 2012, it is hereby

ORDERED that the application of <u>Colleen P. Sorensen</u>, Esquire, to practice in this court

pursuant to Local Rule of Civil Procedure 83.52(b) is:

☐　　GRANTED.

☐　　DENIED.

_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No #91-6785

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO
LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I.      APPLICANT STATEMENT

      I, Colleen P. Sorensen the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.      *I state that I am currently admitted to practice in the following state jurisdictions:*

| Illinois | 11/10/2005 | 6287454 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.      *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Eastern District of Michigan | 08/18/2006 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Northern District of Illinois | 10/16/2006 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the 6th Circuit | 8/2006 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the 7th Circuit | 8/2007 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.      *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*      Non-Party Respondent, Martin Kenney

      *(Applicant's Signature)*

      6/1/2012

      *(Date)*

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER

Grippo & Elden, LLC
111 South Wacker Drive, 51st Floor, Chicago, IL 60606
(312) 704-7700; Fax (312) 558-1195

Sworn and subscribed before me this

_1_ Day of _June_ , 20_12_

_Thomasina Johnson_
Notary Public

```
OFFICIAL SEAL
THOMASINA JOHNSON
Notary Public - State of Illinois
My Commission Expires Jan 06, 2013
```

II.     SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Donald A. Vogelsang to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Robert C. Clothier | | 12/19/1990 | 57162 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Fox Rothschild LLP

2000 Market Street, 20th Floor

Philadelphia, PA 19103

(215) 299-2845; Fax (215) 299-2150

Sworn and subscribed before me this

5 Day of June , 20 12

Notary Public

NOTARIAL SEAL
JAMI M BOZZUTO
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Feb 5, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE ABI JAOUDI AND AZAR TRADING
CORP.,

                    Plaintiff,

     v.

CIGNA WORLDWIDE INS. CO., et al.

                    Defendants.

CIVIL ACTION

NO. 91-6785

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Colleen P. Sorensen, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Donald W. Hawthorne, Esquire; Donald Francis Donovan, Esquire; Matthew S. Hackell, Esquire
DEBEVOISE & PLIMPTON LLP, 919 Third Avenue, New York, NY 10022

Stephen A. Cozen, Esquire; Richard J. Bortnick, Esquire
COZEN O'CONNOR, 1900 Market Street, Philadelphia, PA 19103

Derek T. Ho, Esquire, KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL P.L.L.C.
Sumner Square, 1615 M Street, N.W., Suite 400. Washington, DC 20036

Joseph A. Tate, Esquire, DECHERT LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA
19104-2808

                               Signature of Attorney

                               Robert C. Clothier
                               Name of Attorney

                               Colleen Patricia Sorensen
                               Name of Moving Party

                               June 5, 2012
                               Date