IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., Plaintiff, | CIVIL ACTION |
| v. | |
| CIGNA WORLDWIDE INS. CO., et al., Defendants. | NO. 91-6785 |

## **ORDER**

AND NOW, this _____ Day of June, 2012, it is hereby

ORDERED that the application of <u>Donald A. Vogelsang</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.52(b) is:

☐    GRANTED.

☐    DENIED.

_____
                                                                                            J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No #91-6785

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT STATEMENT

I, Donald A. Vogelsang the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Illinois | 5/25 1980 | 3126470 |
|  |  |  |
|  |  |  |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Northern District of Illinois | 6/25/1980 |  |
| U.S. Court of Appeals – 7th Cir. | 1987 |  |
| U.S. Court of Appeals – 9th Cir. | 2006 |  |
| Michigan – Eastern District | 9/29/1998 |  |
| Wisconsin – Eastern District | 9/24/1992 |  |
| Louisiana – Eastern District | 2001 |  |
| Connecticut | 10/03/05 |  |
| U.S. Supreme Court | 11/27/89 |  |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Non-Party Respondent, Martin Kenney

_____
(Applicant's Signature)

6-1-12
(Date)

### APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER

Grippo & Elden, LLC
111 South Wacker Drive, 51st Floor, Chicago, IL 60606
(312) 704-7700; Fax (312) 558-1195


Sworn and subscribed before me this

1st Day of June, 2012

_____
Notary Public

OFFICIAL SEAL
SANDRA B O'ROURKE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/30/14

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Colleen P. Sorensen</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Robert C. Clothier | [signature] | 12/19/1990 | 57162 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2845, Fax (215) 299-2150

Sworn and subscribed before me this

5 Day of June, 20 12

[signature]
Notary Public

NOTARIAL SEAL
JAMI M BOZZUTO
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Feb 5, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., <br> Plaintiff, <br><br> v. <br><br> CIGNA WORLDWIDE INS. CO., et al. <br> Defendants. | CIVIL ACTION <br><br><br><br><br><br> NO. 91-6785 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of <u>Colleen P. Sorensen</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Donald W. Hawthorne, Esquire; Donald Francis Donovan, Esquire; Matthew S. Hackell, Esquire
<u>DEBEVOISE & PLIMPTON LLP, 919 Third Avenue, New York, NY  10022</u>

Stephen A. Cozen, Esquire; Richard J. Bortnick, Esquire
<u>COZEN O'CONNOR, 1900 Market Street, Philadelphia, PA  19103</u>

Derek T. Ho, Esquire, KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL P.L.L.C.
<u>Sumner Square, 1615 M Street, N.W., Suite 400. Washington, DC 20036</u>

Joseph A. Tate, Esquire, DECHERT LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA
<u>19104-2808</u>

_____
Signature of Attorney

Robert C. Clothier
Name of Attorney

Colleen Patricia Sorensen
Name of Moving Party

June 5, 2012
Date