# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------x

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., | : |
| Plaintiff, | : Civil Action No. 91-6785 |
| -against- | : |
| CIGNA WORLDWIDE INS. CO. | : |
| Defendant. | : |

-----------------------------------------------------------------x

### NOTICE OF DEPOSITION

TO:  Mr. James Little
     316 Wyndhurst Ave.
     Baltimore, Maryland 21210

PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Cigna Worldwide Insurance Co. will take the deposition of Respondent James Little, commencing at 9:00 a.m., on June 25, 2012, at the offices of Cozen O'Connor, 1900 Market Street, Philadelphia, Pennsylvania 19103.

The deposition will take place upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer authorized by law to administer oaths or any authorized person and will be recorded by sound-and-visual means. The deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary.

[signature page follows]

23661609v1

Dated: May 11, 2012
       Philadelphia, Pennsylvania

                                  DEBEVOISE & PLIMPTON LLP

                                  By:   /s/ Donald W. Hawthorne
                                        Donald Francis Donovan
                                        Donald W. Hawthorne
COZEN O'CONNOR                 Matthew S. Hackell
                                        919 Third Avenue
Stephen A. Cozen                  New York, NY  10022
Richard J. Bortnick               (212) 909-6000
1900 Market Street
Philadelphia, Pennsylvania 19103   *Attorneys for Defendant Cigna Worldwide*
(215) 665-2000                     *Insurance Company*