**EXHIBIT 2**

ACQUISITION AGREEMENT

by and among

CIGNA CORPORATION,

CIGNA HOLDINGS, INC.

and

ACE LIMITED

Dated as of January 11, 1999

Section 2.3(b)

## Governmental Consents

The following are jurisdictions in which a governmental consent or approval may be required in connection with the transaction:

Antigua
Argentina
Australia
Austria
Bahrain
Barbados
Belgium
Bermuda
Canada
Cayman Islands
Chile
Colombia
Cyprus
Denmark
Ecuador
Finland
France
Germany
Greece
Guam
Honduras
Hong Kong
Indonesia
Ireland
Italy
Israel
Japan
Korea
Liberia
Luxembourg
Macau
Malaysia
Mali
Malta
Mexico
Monaco

Netherlands
New Zealand
Nigeria
Commonwealth of Northern Mariana Islands
Norway
Pakistan
Panama
Peru
Philippines
Portugal
Puerto Rico
Saudi Arabia
Singapore
South Africa
Spain
St. Kitts
St. Vincent
Sweden
Switzerland
Taiwan
Thailand
Trinidad & Tobago
United Kingdom
U.S.A.-Delaware
U.S.A.-Florida
U.S.A.-Pennsylvania
U.S. Virgin Islands
Venezuela
Vietnam

All other regulatory filings and/or approvals which a party to this Agreement in reasonable discretion believes is required under applicable law will be filed and/or obtained.