APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Abi Jaoudi and Azar Trading Corp. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Cigna Worldwide Insurance Company | : | NO. 91-6785 |

FILED
JUL - 6
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 6th Day of July, 2012, it is hereby

ORDERED that the application of _Donald Francis Donovan_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[✓] GRANTED.

[ ] DENIED.

_____
                    J.