IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CIGNA WORLDWIDE INS. CO., et al., : <br> Defendants. : <br> : | Civ. No. 91-6785 |

**O R D E R**

Defendant CIGNA Worldwide Insurance Company has filed a Motion to Compel discovery from several of the Respondents to its Amended Emergency Motion for Contempt. *(Doc. Nos. 307, 325.)* All the Respondents object on various grounds, including want of personal jurisdiction and overbreadth of CIGNA's discovery requests. *(Doc. Nos. 323, 332, 333.)* Respondents James Little and a collection of investment funds known as the Echemus entities have submitted a Motion for Protective Order. *(Doc. No. 323.)*

Respondent James Little does not dispute that he resides at 2123 Chapel Valley Lane, Timonium, Maryland 21093. I will take judicial notice that this address falls within 100 miles of the proposed deposition site (1900 Market St., Philadelphia). *(Doc. No. 325-8)* Accordingly, CIGNA's request to take his deposition here does not run afoul of Rule 45(c)(3)(A)(ii).

Mr. Little contends he is not subject to personal jurisdiction in this District. CIGNA argues that he is subject to personal jurisdiction as an aider and abettor of Plaintiff's contempt. *(Doc. No. 325 at 36; see Doc. No. 200 at 2)*; See SEC v. Homa, 514 F.3d 661 (7th Cir. 2008); Reebok Int'l, Ltd. v. McLaughlin, 49 F.3d 1387 (9th Cir. 1995); Waffenschmidt v. MacKay, 763 F.2d 711 (5th Cir. 1985). Accordingly, Mr. Little's involvement, if any, in the efforts to enforce

the Liberian judgment is relevant to the personal jurisdiction inquiry.

CIGNA may take jurisdictional discovery from Mr. Little. CIGNA shall propound its written discovery requests no later than **July 27, 2012**. Mr. Little shall respond no later than **August 3, 2012**. CIGNA may take Mr. Little's deposition between **August 3, 2012** and **August 10, 2012**. I will defer any decision on CIGNA's remaining discovery requests until after Mr. Little's deposition.

**AND NOW**, this 20th day of July, 2012, it is hereby **ORDERED** that Defendant CIGNA's Motion to Compel is **GRANTED in part**.

                                                    **AND IT IS SO ORDERED.**

                                                    /s/ Paul S. Diamond

                                                    _____

                                                  Paul S. Diamond, J.