APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP. | : | CIVIL ACTION |
| v. | : | |
| CIGNA WORLDWIDE INS. CO. | : | NO. 91-6785 |

## ORDER

AND NOW, this _____ Day of _____, 2012, it is hereby

ORDERED that the application of <u>Daniel G. Bird</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 91-6785

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Daniel G. Bird** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **45494**, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Maryland | 12/13/2005 | n/a |
| District of Columbia | 06/11/2007 | 974913 |
|  |  |  |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| See Attachment A. |  |  |
|  |  |  |
|  |  |  |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Echemus Group L.P., Echemus Investment Management, Ltd., EF (US) LLC, and James Little

*(Applicant's Signature)*

7/26/2012
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

1615 M Street, NW, Suite 400, Washington, DC 20036

202-326-7900

Sworn and subscribed before me this

26 Day of July, 2012

Diane M. Cooke
Notary Public

Diane M. Cooke
Notary Public, District of Columbia
My Commission Expires 10/31/2016

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Daniel G. Bird___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Joseph A. Tate | *Joseph A. Tate* | Sept. 1970 | 04952 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Dechert LLP

Cira Centre, 2929 Arch Street, Philadelphia, PA 19104

215-994-2350

Sworn and subscribed before me this

1st Day of August, 2012

*Marie C. Patterson*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARIE E. PATTERSON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 21, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP. | : | CIVIL ACTION |
| v. | : | |
| CIGNA WORLDWIDE INS. CO. | : | NO.  91-6785 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Daniel G. Bird__

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

See attached list.

_____
Signature of Attorney

Joseph A. Tate
Name of Attorney

Echemus Entities and James Little
Name of Moving Party

August 1, 2012
Date

**Attachment A**
**to Application Form for Daniel G. Bird**

| **Court where admitted** | **Admission Date** | **Identification No.** |
|---|---|---|
| U.S. Court of Appeals for the 6th Circuit | 8/15/2007 | n/a |
| U.S. Court of Appeals for the 11th Circuit | 6/8/2007 | n/a |
| U.S. Court of Appeals for the DC Circuit | 4/28/2006 | 50572 |
| U.S. Court of Appeals for the Federal Circuit | 12/17/2008 | n/a |
| Supreme Court of the United States | 11/2/2009 | n/a |

## Service List

| Counsel | Party Represented |
|---|---|
| Henry F. Reichner<br>REED SMITH LLP<br>1650 Market Street<br>2500 One Liberty Place<br>Philadelphia, PA 19103<br>Tel.: 215-851-8100<br>Email: hreichner@reedsmith.com | *Honorable Josie Senesie, Commissioner of Insurance for the Republic of Liberia and Court Appointed Receiver for the Liberian Branch of Cigna Worldwide Insurance Company*<br><br>*Honorable Foday Sesay, Commissioner of Insurance of The Republic of Liberia and Court-Appointed Receiver for the Liberian Branch of Cigna Worldwide Insurance Company*<br><br>*Respondent Samuel M. Lohman, Esq.*<br><br>*Respondent Reed Smith LLP* |
| John J. Seehousen<br>JOHN J. SEEHOUSEN LAW OFFICE<br>1500 John F. Kennedy Blvd., Ste. 1300<br>Philadelphia, PA 19102<br>Tel.: 215-405-0555 | *Plaintiff The Abi Jaoudi and Azar Trading Corporation* |
| Donald Francis Donovan<br>Robert D. Goodman<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel.: 212-909-6000<br>Email: dfdonovan@debevoise.com<br>         rdgoodman@debevoise.com | *Defendant Cigna Worldwide Insurance Company* |
| Donald W. Hawthorne<br>AXINN VELTROP & HARKRIDER LLP<br>114 W 47th Street<br>New York, NY 10036<br>Tel.: 212-728-2200<br>Email: dwh@avhlaw.com | *Defendant Cigna Worldwide Insurance Company* |

| **Counsel** | **Party Represented** |
|---|---|
| Stephen A. Cozen<br>Ilan Rosenberg<br>Richard J. Bortnick<br>COZEN O'CONNOR<br>1900 Market Street<br>The Atrium, Third Floor<br>Philadelphia, PA 19103<br>Tel: 215-665-2000<br>Email:  scozen@cozen.com<br>          irosenberg@cozen.com<br>          rbortnick@cozen.com | *Defendant Cigna Worldwide Insurance Company* |
| Michael Conley<br>Mark E. Gottlieb<br>William Pillsbury<br>OFFIT KURMAN PA<br>Ten Penn Center<br>1801 Market Street, Ste. 2300<br>Philadelphia, PA 19103<br>Tel: 267-338-1300<br>Email:  mconley@offitkurman.com<br>          mgottlieb@offitkurman.com<br>          wpillsbury@offitkurman.com | *Respondent Samuel M. Lohman, Esq.* |
| Gary M. Miller<br>Donald A. Vogelsang<br>Colleen P. Sorensen<br>GRIPPO & ELDEN LLC<br>111 South Wacker Drive, 51st Floor<br>Chicago, IL 60606<br>Tel.: 312-704-7700<br>Email:  gmiller@grippoelden.com<br>          dvogelsang@grippoelden.com<br>          csorensen@grippoelden.com | *Interested Party Martin Kenney* |

| **Counsel** | **Party Represented** |
|---|---|
| Alicia N. Ellington<br>U.S. DEPT. OF JUSTICE, CIVIL DIVISION<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>Tel.: 202-305-8550<br>Email: alicia.n.ellington@usdoj.gov | *Notice only* |

3