UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> -against- ) <br> ) <br> CIGNA WORLDWIDE INS. CO., ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Civil Action No. 91-6785 |

**[PROPOSED] ORDER GRANTING NON-PARTY RESPONDENT JAMES LITTLE'S EMERGENCY MOTION TO QUASH AND FOR RELATED RELIEF**

WHEREAS, on July 20, 2012, this Court ordered that Defendant CIGNA Worldwide Insurance Co. ("CWW") could take jurisdictional discovery from non-party respondent James Little ("Mr. Little"), including taking Mr. Little's deposition (the "Deposition");

WHEREAS, on July 27, 2012, CWW served Mr. Little with requests for production (the "Requests"); and

WHEREAS, on August 8, 2012, Mr. Little filed an emergency motion to quash and for related relief (the "Motion"), it is hereby:

ORDERED that

(1) the Motion is GRANTED;

(2) the Requests are hereby quashed to the extent they call for the identification of the investors of EF USA; and

(3) CWW shall not inquire during the Deposition about the identity or activities of the investors of EF USA.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.