# EXHIBIT 1

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., Plaintiff, | CIVIL ACTION |
| v. | |
| CIGNA WORLDWIDE INS. CO., et al., Defendants. | NO. 91-6785 |

**DECLARATION OF DONALD A. VOGELSANG IN SUPPORT OF NON-PARTY RESPONDENT MARTIN S. KENNEY'S OPPOSITION TO CIGNA'S RENEWED MOTION TO COMPEL DISCOVERY**

I, Donald A. Vogelsang, declare, based upon my personal knowledge, as follows:

1. I am a principal with the law firm of Grippo & Elden LLC ("G&E") in Chicago, Illinois.

2. G&E represents non-party respondent Martin S. Kenney in this matter.

3. Attached as Exhibit A is a true and correct copy of an email exchange with Richard Bortnick on August 29, 2012.

4. Attached as Exhibit B is a true and correct copy of an email exchange with Richard Bortnick on August 29, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September, 2012, at Chicago, Illinois.

Donald A. Vogelsang

# EXHIBIT A

**From:** Bortnick, Richard <rbortnick@cozen.com>
**Sent:** Wednesday, August 29, 2012 10:08 AM
**To:** Vogelsang, Donald A.
**Cc:** Miller, Gary M.; Sorensen, Colleen P.; 'Donald Hawthorne (dwh@avhlaw.com)'; 'Matthew Hackell (mhackell@debevoise.com)'; 'dfdonovan@debevoise.com'
**Subject:** RE: AJA v CWW -- Meet and Confer

Do they have phones in Italy?

**From:** Vogelsang, Donald A. [mailto:DVogelsang@grippoelden.com]
**Sent:** Wednesday, August 29, 2012 11:08 AM
**To:** Bortnick, Richard
**Cc:** Miller, Gary M.; Sorensen, Colleen P.; 'Donald Hawthorne (dwh@avhlaw.com)'; 'Matthew Hackell (mhackell@debevoise.com)'; 'dfdonovan@debevoise.com'
**Subject:** RE: AJA v CWW -- Meet and Confer

We are not refusing to meet and confer but we cannot do a meet and confer until we have discussed the matter with Martin who is on vacation with his family in Italy and we will not be able to have a call with him until Tuesday, the day after Labor Day. We do not understand your need to rush and your refusal to grant the courtesy of waiting to do the meet and confer next Wednesday, but if you file a motion you should not represent to the court that we have refused to meet and confer.

**Donald A. Vogelsang**
Direct Dial: 312.704.7790
dvogelsang@grippoelden.com

Grippo & Elden LLC • 111 S. Wacker Drive • Chicago, IL 60606 • Phone 312.704.7700 • Fax 312.558.1195 • www.grippoelden.com

**From:** Bortnick, Richard [mailto:rbortnick@cozen.com]
**Sent:** Wednesday, August 29, 2012 9:33 AM
**To:** Vogelsang, Donald A.
**Cc:** Miller, Gary M.; Sorensen, Colleen P.; 'Donald Hawthorne (dwh@avhlaw.com)'; 'Matthew Hackell (mhackell@debevoise.com)'; 'dfdonovan@debevoise.com'
**Subject:** RE: AJA v CWW -- Meet and Confer

We cannot wait until next week. We need to speak today or tomorrow, as we will be filing a motion if we are unable to reach agreement. If no agreement can be reached, we will advise the Court that you were not able or willing to meet and confer and that Mr. Kenney is not able to communicate with you by phone for whatever reason he may have.

RJB

**From:** Vogelsang, Donald A. [mailto:DVogelsang@grippoelden.com]
**Sent:** Wednesday, August 29, 2012 10:30 AM
**To:** Bortnick, Richard
**Cc:** Miller, Gary M.; Sorensen, Colleen P.
**Subject:** RE: AJA v CWW -- Meet and Confer

I cannot do today. Also, Martin is currently on vacation until next week and unreachable and we need to talk to him before we have a meet and confer. Thus, I suggest we set a time for next Wednesday, a day for which I am open all day.

**Donald A. Vogelsang**
Direct Dial: 312.704.7790
dvogelsang@grippoelden.com

Grippo & Elden LLC • 111 S. Wacker Drive • Chicago, IL 60606 • Phone 312.704.7700 • Fax 312.558.1195 • www.grippoelden.com

**From:** Bortnick, Richard [mailto:rbortnick@cozen.com]
**Sent:** Tuesday, August 28, 2012 1:57 PM
**To:** Vogelsang, Donald A.
**Cc:** 'Gaglio, Nicholas E.O.'; 'Hawthorne, Donald W'; 'Donovan, Donald Francis'; Rosenberg, Ilan; 'Hackell, Matthew'
**Subject:** AJA v CWW -- Meet and Confer

Dear Mr. Vogelsang:

We request you or one of your colleagues' availability for a meet and confer on the afternoon of Wednesday, August 29 concerning CWW's pending document request and deposition notice previously served on Mr. Kenney

We look forward to hearing back by close of business today.

Richard J. Bortnick, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

215-665-7251 (direct)
610-203-1456 (mobile)
215-701-2351 (fax)

***Notice:** To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.*

***Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information Any unauthorized use, dissemination or copying of this transmission is prohibited If you have received this transmission in error, please notify us immediately by return email or by email to postmaster@grippoelden.com, and delete or destroy this communication and any copies (digital or paper), including all attachments Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature

We do not provide tax advice and therefore any advice contained in this email and any attachments is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. Any unauthorized use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by return email or by email to postmaster@grippoelden.com, and delete or destroy this communication and any copies (digital or paper), including all attachments. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.

We do not provide tax advice and therefore any advice contained in this email and any attachments is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer

# EXHIBIT B

**From:** Bortnick, Richard <rbortnick@cozen.com>
**Sent:** Wednesday, August 29, 2012 10:09 AM
**To:** Vogelsang, Donald A.
**Cc:** Miller, Gary M.; Sorensen, Colleen P.; 'Donald Hawthorne (dwh@avhlaw.com)'; 'Matthew Hackell (mhackell@debevoise.com)'; 'dfdonovan@debevoise.com'
**Subject:** RE: AJA v CWW -- Meet and Confer

Also, kindly remind Mr. Kenney that we are simply following the script he wrote in the Cayman Islands.

**From:** Vogelsang, Donald A. [mailto:DVogelsang@grippoelden.com]
**Sent:** Wednesday, August 29, 2012 11:08 AM
**To:** Bortnick, Richard
**Cc:** Miller, Gary M.; Sorensen, Colleen P.; 'Donald Hawthorne (dwh@avhlaw.com)'; 'Matthew Hackell (mhackell@debevoise.com)'; 'dfdonovan@debevoise.com'
**Subject:** RE: AJA v CWW -- Meet and Confer

We are not refusing to meet and confer but we cannot do a meet and confer until we have discussed the matter with Martin who is on vacation with his family in Italy and we will not be able to have a call with him until Tuesday, the day after Labor Day. We do not understand your need to rush and your refusal to grant the courtesy of waiting to do the meet and confer next Wednesday, but if you file a motion you should not represent to the court that we have refused to meet and confer.

**Donald A. Vogelsang**
Direct Dial: 312.704.7790
dvogelsang@grippoelden.com

Grippo & Elden LLC • 111 S. Wacker Drive • Chicago, IL 60606 • Phone 312.704.7700 • Fax 312.558.1195 • www.grippoelden.com

**From:** Bortnick, Richard [mailto:rbortnick@cozen.com]
**Sent:** Wednesday, August 29, 2012 9:33 AM
**To:** Vogelsang, Donald A.
**Cc:** Miller, Gary M.; Sorensen, Colleen P.; 'Donald Hawthorne (dwh@avhlaw.com)'; 'Matthew Hackell (mhackell@debevoise.com)'; 'dfdonovan@debevoise.com'
**Subject:** RE: AJA v CWW -- Meet and Confer

We cannot wait until next week. We need to speak today or tomorrow, as we will be filing a motion if we are unable to reach agreement. If no agreement can be reached, we will advise the Court that you were not able or willing to meet and confer and that Mr. Kenney is not able to communicate with you by phone for whatever reason he may have.

RJB

**From:** Vogelsang, Donald A. [mailto:DVogelsang@grippoelden.com]
**Sent:** Wednesday, August 29, 2012 10:30 AM
**To:** Bortnick, Richard
**Cc:** Miller, Gary M.; Sorensen, Colleen P.
**Subject:** RE: AJA v CWW -- Meet and Confer

I cannot do today. Also, Martin is currently on vacation until next week and unreachable and we need to talk to him before we have a meet and confer. Thus, I suggest we set a time for next Wednesday, a day for which I am open all day

**Donald A. Vogelsang**
Direct Dial: 312.704.7790
dvogelsang@grippoelden.com

Grippo & Elden LLC • 111 S. Wacker Drive • Chicago, IL 60606 • Phone 312.704.7700 • Fax 312.558.1195 • www.grippoelden.com

**From:** Bortnick, Richard [mailto:rbortnick@cozen.com]
**Sent:** Tuesday, August 28, 2012 1:57 PM
**To:** Vogelsang, Donald A.
**Cc:** 'Gaglio, Nicholas E.O.'; 'Hawthorne, Donald W'; 'Donovan, Donald Francis'; Rosenberg, Ilan; 'Hackell, Matthew'
**Subject:** AJA v CWW -- Meet and Confer

Dear Mr. Vogelsang.

We request you or one of your colleagues' availability for a meet and confer on the afternoon of Wednesday, August 29 concerning CWW's pending document request and deposition notice previously served on Mr Kenney

We look forward to hearing back by close of business today

Richard J. Bortnick, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

215-665-7251 (direct)
610-203-1456 (mobile)
215-701-2351 (fax)

---

***Notice:*** *To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.*

***Notice:*** *This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. Any unauthorized use, dissemination or copying of this transmission is prohibited If you have received this transmission in error, please notify us immediately by return email or by email to postmaster@grippoelden.com, and delete or destroy this communication and any copies (digital or paper), including all attachments Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.

We do not provide tax advice and therefore any advice contained in this email and any attachments is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information Any unauthorized use, dissemination or copying of this transmission is prohibited If you have received this transmission in error, please notify us immediately by return email or by email to postmaster@grippoelden.com, and delete or destroy this communication and any copies (digital or paper), including all attachments. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.

We do not provide tax advice and therefore any advice contained in this email and any attachments is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer