# Exhibit 1

# INCIDENT REPORT
Form 04/008
1150-25-56

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

| | | |
|---|---|---|
| 1 Crime / Incident: Larceny from Auto | Attempt ☐ | 2 Complaint Number: 105-9486 |

☐ Person ☑ Property ☐ Vehicle ☐ Miscellaneous

3 Location of Offense / Incident (Exact Street Address): 4820 Roland Ave - Rear

Page 1 of 2

Domestic Related ☐  Gang Related ☐  Juvenile Related ☐  Hate Crime ☐

| 6 Unit | 7 Post of Occurrence | 8 Reporting Area | 9 Street Code | 10 CAD Number | 11 Location Given by Dispatcher | 12 Companion Report No. |
|---|---|---|---|---|---|---|
| 5631 | 536 | | | 1232 | 4820 Roland Ave - Rear | |

4 Date / Time Occurred: 23 Dec 10 0800hrs - 24 Dec 10 0800hrs
5 Date / Time Reported: 24 Dec 10 1330hrs

| 13 Case Status | 14 Case Disposition | 15 Follow-up | 16 Crime Code | 17 Crime Classification | 18 Describe Location of Offense or Type of Premise | 19 Reported by Crime Watcher |
|---|---|---|---|---|---|---|
| ☑ Open ☐ Closed | ☐ Cleared ☑ Not Cleared | ☑ Yes ☐ No | | | Street | ☐ Yes ☑ No |

| 20 Complainant / Victim | Name: Little, James | Residence Address: 4820 Roland Ave Apt H | Sex: M | Race: W | Age: 39 | DOB: 11/30/71 |
|---|---|---|---|---|---|---|

Where Employed or School Attending: 
Occupation: 
Hours of Employment / Residence Phone: 202-277-8636
Other Phone: 
Sobriety:

21 Injuries and Location on Body: 
Victim's Condition: 
Victim Hospitalized: ☐ Yes ☐ No
Facility: 
22 Victim / Assailant Relationship: 
23 Current / Former Cohabitant: ☐ Yes ☐ No

| 24 Reporting Person | Name: Little, James | Sex: M | Race: W | Age: 39 | DOB: 11/30/71 | Address: 4820 Roland Ave Apt H | Residence Phone: 202-277-8636 | Other Phone |
|---|---|---|---|---|---|---|---|---|

25 Witness Parent/Guardian: Name, Address, Phone

| 26 Suspect | Name: Unk | Address | Sex | Race | Age | DOB | Height | Weight |
|---|---|---|---|---|---|---|---|---|

Complexion, Hair, Hat, Eyes, Facial Hair, Teeth, Shirt/Coat, Pants, Shoes, Additional Descriptors, Arrest Number

| 27 Trademarks of Suspect(s): Unk | 28 Point of Entry | 29 Location Last Seen | 30 Manner of Escape | 31 Direction of Escape: Unk |
|---|---|---|---|---|

| 32 Weapon / Means of Attack: Unk | 33 Method Used to Commit Crime: Snatch & Grab | 34 Type of Property Taken: Computer, IPod | 35 Total Loss Value: $2,300.00 |
|---|---|---|---|

36 Vehicle Information — Suspect ☐ Victim ☑ Stolen ☐ Towed ☐ Other ☐
Tag Number: 8FGS86 | State: MD | Expiration: 8/2011 | Vehicle Year: 2002 | Make: Honda | Model: Civic | Body Style: 4Dr | Color: Silver | Mileage:

VIN: 6S11.5821005992

Ignition Locked ☑ Yes ☐ No | Keys in Ignition ☐ Yes ☑ No | Doors Locked ☐ Yes ☑ No | Windows Closed ☑ Yes ☐ No | Radio in Car ☑ Yes ☐ No | Battery in Car ☑ Yes ☐ No | Spare Tire in Car ☑ Yes ☐ No | Trunk Locked ☑ Yes ☐ No

37 Registered Owner Name: Little, James | Sex: M | Race: W | Age: 39 | DOB: 11/30/71 | Address: 4820 Roland Ave Apt H

38 Recovered by: 
39 Method of Theft: 
40 Evidence of Stripping / Tampering: 
41 Repo. Check ☐ Yes ☐ No | 42 Tow List Check ☐ Yes ☐ No | 43 Owner Notified ☐ Yes ☐ No

44 Tow Information — Location Towed From, Location Towed To, Towed by, Tow Truck Operator Signature

45 Detective Notified, Sequence No., Assignment, Unit Number, Date, Time | 46 Medical Examiner Notified, Date, Time

47 Crime Lab Technician Name, Unit Number, Time | 48 Hot Desk Person Notified, Time

49 Communications Supervisor Notified ☐ Yes ☑ No | 50 Citywide Broadcast ☐ Yes ☑ No | Time
51 Victim Assistance/Incident Information Form(s) Provided ☑ Yes ☐ No — Form 309

52 Copies Forwarded To:

**Cont'd Sections — Narrative:**

Property Taken
1 Apple Mac Book Aluminum 13 inch Serial# W8848C24IAX ... est. Value $2,000.00
1 IPod Touch Serial# 9C028NLN6K2 ... est. Value $300.00

Total est. Value $2,300.00

On 24 Dec 2010 at approx 1330hrs, this officer responded to 4820 Roland Ave. for a call for service. Upon my arrival I met with mr James

*Continued*

53 Reporting Officer Name (PRINT CLEARLY): P/O Fisher, K | Sequence No: 9405 | Assignment: RD | Signature
54 Approving Supervisor Rank and Name: Jones, Sem P. Sgt. | Sequence No: | Assignment: ERC ND | Signature
55 RMS Data Entered By: Carlos S | Sequence No/Date: 12/29/11 1755 | 56 Reviewer | 57 Referred To

**REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK**

**SUPPLEMENT REPORT** — POLICE DEPARTMENT, BALTIMORE, MARYLAND
Form 04/007
1160-25-83

☐ Continuation  ☐ Follow Up

| Field | Value |
|---|---|
| 1 Crime / Incident | Larceny from Auto |
| 2 Complaint Number | 10569486 |
| 3 Location of Offense/Incident | 4820 Roland Ave - Rear |
| Page | 2 of 2 |
| 4 Date/Time of This Report | 24 Dec 2010 1330 hrs |
| 6 Unit | 5631 |
| 7 Post of Occurrence | 536 |
| 10 CAD Number | 1232 |
| 11 Original Report Date/Time | 24 Dec 2010 1330 hrs |
| 13 Case Status | ☒ Open ☐ Closed |
| 14 Multiple Clearance | ☐ Yes ☒ No |
| 15 Case Disposition | ☐ Cleared ☒ Not Cleared |
| 16 Follow-up | ☒ Yes ☐ No |
| 19 Complainant/Victim | Little, Omar |
| Residence | 4820 Roland Ave Apt H |
| Sex/Race/Age/DOB | M W 39 11/30/71 |

**Narrative:**

Little who stated that his work bag had been stolen from inside of his vehicle. Inside of his bag was an Apple mac computer and an iPod Touch. Mr. Little's work bag was recovered in front of Roland Park Bakery and Deli, 4800 Roland Ave, without his property inside. Mr. Little parked his vehicle at 0800 hrs on 23 Dec 2010 in the rear alley of 4820 Roland Ave, returned to his vehicle at 0800 hrs on 24 Dec 2010. Area canvass done with negative results at 4800 Roland Ave. No signs of forced entry, no broken glass. Mr. Little also stated that he may have left his doors unlocked. Form 309 given.

22 Reporting Officer: Fisher, K
23 Approving Supervisor: Jones, Sean P, Sgt. E782

REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK