# Exhibit 2

**INCIDENT REPORT**
Form 04/008
1160-25-56

**POLICE DEPARTMENT
BALTIMORE, MARYLAND**

☐ Person   ☒ Property   ☐ Vehicle   ☐ Miscellaneous
Domestic Related ☐   Gang Related ☐   Juvenile Related ☐   Hate Crime ☐

| # | Field | Entry |
|---|---|---|
| 1 | Crime/Incident | Larceny |
| | Attempt | ☐ |
| 2 | Complaint Number | 12587252 |
| 3 | Location of Offense / Incident | 316 Wyndhurst Rd |
| 4 | Date/Time Occurred | 2/13/12 @ 1230 – 2/13/12 @ 1315 |
| 5 | Date/Time Reported | 2/17/12 @ 1625 |
| | Page | 1 of 2 |
| 6 | Unit | 5C26 |
| 7 | Post of Occurrence | 521 |
| 10 | CAD Number | 1676 |
| 11 | Location Given by Dispatcher | S.A.A. |
| 13 | Case Status | ☒ Open ☐ Closed |
| 14 | Case Disposition | ☐ Cleared ☒ Not Cleared |
| 15 | Follow-up | ☐ Yes ☐ No |
| 18 | Describe Location of Offense or Type of Premise | Office Waiting Lounge |
| 19 | Reported by Crime Watcher | ☐ Yes ☐ No |
| 20 | Complainant / Victim | Little, James |
| | Residence | 2123 Chapel Valley Rd, Balt. 21043 |
| | Sex/Race/Age/DOB | M W 40 w/xx/xx |
| | Hours of Employment Residence Phone | 410-433-1111 |
| 22 | Victim / Assailant Relationship | unk |
| 24 | Reporting Person | SAME AS #20 |
| 26 | Suspect | Unidentified Person |
| 32 | Weapon / Means of Attack | HANDS |
| 33 | Method Used to Commit Crime | CARRIED AWAY PROP. |
| 34 | Type of Property Taken | LAPTOP COMPUTER |

Narrative / Continuation:

Property Taken
1 15" Silver Macbook Pro, UNK. SERIAL # – Value: 1,600⁰⁰

On 2/17/12 @ 1625, I responded to 316 Wyndhurst for a larceny. On scene I spoke to Mr. Little who stated on 2/13/12 @ 1230 he left his macbook on a table in the waiting area of an office named ――― Continued

53 Reporting Officer Name: [illegible]
54 Approving Supervisor: Sgt. D. MESSNA

REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK

| SUPPLEMENT REPORT<br>Form 04/007<br>1160-25-53 | POLICE DEPARTMENT<br>BALTIMORE, MARYLAND | 1 Crime / Incident<br>Larceny | Attempt ☐ | 2 Complaint Number<br>1258 7232 |
|---|---|---|---|---|
| ☑ Continuation  ☐ Follow Up | | 3 Location of Offense / Incident (Street Address, Zip)<br>316 Wynhurst Rd | | Page 2 of 2 |

| Person ☐ | Property ☐ | Miscellaneous ☐ | Vehicle ☐ | Missing Person ☐ | Custody ☐ | 4 Date / Time of This Report<br>2/17/12 @ 1625 | 5 Arrest / Custody Number |
|---|---|---|---|---|---|---|---|

| 6 Unit 5C26 | 7 Post of Occurrence 32 | 8 Reporting Area | 9 Street Code | 10 CAD Number 1876 | 11 Original Report Date / Time | 12 Offense / Incident Changed From |
|---|---|---|---|---|---|---|

| 13 Case Status<br>☑ Open ☐ Closed | 14 Multiple Clearance<br>☐ Yes ☐ No | 15 Case Disposition<br>☐ Cleared ☑ Not Cleared | Explain | 16 Follow-up<br>☑ Yes ☐ No | 17 Crime Code | 18 Crime Classification<br>6G |
|---|---|---|---|---|---|---|

| 19 Complainant/Victim | Name (Last, First, MI), or Firm Name if Business<br>Little, James | Residence / Address (Include City, County, State, Zip)<br>2123 Chapel Valley Timonium 21093 | Sex M | Race W | Age 40 | DOB 11/30/71 |
|---|---|---|---|---|---|---|

20 Copies Forwarded To

Cont'd Sections — Narrative:

Greenleaf title. When he returned on 2/13/12 @ 1330, he noticed his laptop was missing from on top of the table. My investigation revealed that Mr. Little left his laptop in an area that was open to the public and not secured. When he left his laptop unattended an unidentified person walked out of the waiting area with his personal laptop, then fled in an unknown direction and manner. He waited this long to report it thinking a co-worker may have moved it. There is one main entrance to the office and that door is unlocked + open to the public during 8-to-4 business hours. There are no cameras in that area + neighboring businesses @ 314, + 312 saw nothing. Mr. Little will call back once he obtains the serial number.

I affirm and declare that the statements above are true to the best of my knowledge:

| 22 Reporting Officer Name (PRINT CLEARLY) | Sequence No. | Assignment ND | Signature |
|---|---|---|---|
| 23 Approving Supervisor Rank and Name<br>Sgt. Foster D Maxwell 1983 | Sequence No. | Assignment NJ | Signature |
| 24 RMS Data Entered By | Sequence No. | Date | Time | 25 Reviewer | 26 Referred To |

REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK