UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------x
THE ABI JAOUDI AND AZAR TRADING CORP., :
:
       Plaintiff, :
: Civil Action No. 91-6785
       -against- :
:
CIGNA WORLDWIDE INSURANCE CO., :
:
       Defendant. :
---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of Defendant Cigna Worldwide Insurance Co.'s Notice of Supplemental Authority Supporting Its Motion to Compel Discovery, and all accompanying papers, was served electronically on this date to:

| | |
|---|---|
| Henry F. Reichner, Esquire<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | Gary M. Miller, Esquire<br>GRIPPO & ELDEN LLC<br>111 South Wacker Drive<br>51st Floor<br>Chicago, IL 60606 |
| Mark E. Gottlieb, Esquire<br>OFFIT KURMAN, P.A.<br>1801 Market Street<br>Suite 2300<br>Philadelphia, PA 19103 | Thad J. Bracegirdle, Esquire<br>WILKS, LUKOFF &<br>BRACEGIRDLE, LLC<br>1300 North Grant Avenue<br>Suite 100<br>Wilmington, Delaware 19806 |
| Robert C. Clothier, III, Esquire<br>FOX ROTHSCHILD LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA 19103-3291 | Derek T. Ho, Esquire<br>KELLOGG, HUBER, HANSEN,<br>TODD, EVANS & FIGEL, P.L.L.C.<br>1615 M Street, N.W. Suite 400<br>Washington, DC 20036 |

Joseph A. Tate, Esquire
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

and was also deposited to be sent by First Class Mail to:

Mr. Foday Sesay
Mr. Josie Senesie
c/o The Embassy of Liberia to the United States
5201 16th Street NW
Washington, DC 20011
Attention: Mr. Edwin Sele, Deputy Chief of Mission


Dated:  November 28, 2012

                                        **AXINN, VELTROP & HARKRIDER LLP**

                                        By:    /s/ Donald W. Hawthorne
                                                Donald W. Hawthorne
                                                114 W. 47TH Street
                                                New York, NY 10036
                                                (212) 261-5665

**COZEN O'CONNOR**

Stephen A. Cozen                      *Attorneys for Defendant Cigna Worldwide*
Richard J. Bortnick                  *Insurance Company*
1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-2000

**DEBEVOISE & PLIMPTON LLP**

Donald Francis Donovan
919 Third Avenue
New York, NY 10022
(212) 909-6000