IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP.,<br>        Plaintiff,<br><br>    v.<br><br>CIGNA WORLDWIDE INS. CO., et al.,<br>        Defendants. | :<br>:<br>:<br>:<br>:   Civ. No. 91-6785<br>:<br>:<br>:<br>: |

**O R D E R**

On November 30, 2012, I granted Defendant CIGNA's Motion to Compel Discovery in part to allow further jurisdictional discovery from Respondent James Little. *(Doc. No. 358.)* CIGNA's underlying Amended Emergency Motion for Contempt is still pending. *(Doc. No. 307.)* It does not appear that the Motion is ripe for decision in light of CIGNA's continuing discovery efforts.

**AND NOW**, this 7th day of December, 2012, it is hereby **ORDERED** that CIGNA's Motion for Contempt *(Doc. No. 307)* is **DENIED without prejudice**. CIGNA may renew its Motion when it has obtained sufficient discovery to proceed.

                                            **AND IT IS SO ORDERED.**

                                            */s/ Paul S. Diamond*
                                            _____
                                            Paul S. Diamond, J.