UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>CIGNA WORLDWIDE INS. CO., )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 91-6785 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Leo R. Tsao in the above-captioned matter as counsel of record for Non-Party Respondents Echemus Group L.P., Echemus Investment Management Ltd., EF (US) LLC, and James Little.

DATED: February 13, 2013

/s/ Leo R. Tsao
Leo R. Tsao
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 13th day of February 2013, a copy of the foregoing WITHDRAWAL OF APPEARANCE  has been served via ECF notification to all counsel of record.

/s/ Leo R. Tsao