IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., | CIVIL ACTION |
| Plaintiff, | NO. 91-6785-PD |
| v. | |
| CIGNA WORLDWIDE INS. CO., et al., | |
| Defendants. | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Colleen P. Sorensen in the above-captioned matter as counsel of record for Non-Party Respondent Martin S. Kenney.

Dated: March 4, 2013

FOX ROTHSCHILD LLP

/s/Robert C. Clothier
Robert C. Clothier (Attorney ID #57162)
Rochelle D. Laws (Attorney ID #206381)
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000 (Phone)
(215) 299-2150 (Fax)

and

Gary M. Miller (admitted *pro hac vice*)
Donald A. Vogelsang (admitted *pro hac vice*)
Colleen P. Sorensen (admitted *pro hac vice*)
GRIPPO & ELDEN LLC
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 704-7700 (Phone)
(312) 558-1195 (Fax)

Attorneys for Non-Party Respondent
MARTIN S. KENNEY

## CERTIFICATE OF SERVICE

I hereby certify, that on March 4, 2013, a true and correct copy of the foregoing WITHDRAWAL OF APPEARANCE has been served via ECF notification to all counsel of record.

/s/ Rochelle D. Laws
Rochelle D. Laws