IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| CIGNA WORLDWIDE INS. CO., et al., | |
| Defendants. | NO. 91-6785-PSD |

# ORDER

AND NOW, this ___ day of _____, 2013, upon consideration of Non-Party Respondent Joseph H. Lilly, III's Motion for Protective Orders, the responses filed thereto and replies filed in support thereof, it is hereby ORDERED that said Motion is GRANTED as follows:

1. CIGNA may not seek CCI documents through Lilly, CCI's attorney. If CIGNA wants to seek documents from CCI, it should follow the normal process for seeking discovery from a foreign non-party company by seeking letters rogatory from this Court and then seeking to get discovery from CCI in Nevis.

2. Further, the documents withheld by Lilly are privileged. To the extent that Lilly produces or has produced confidential or privileged material, the disclosure of any confidential or privileged material should be done only under a protective order whereby CIGNA should only be permitted to use such documents in these United States District Court proceedings and, if so, under seal. Such confidential or privileged documents should not be used for a collateral purpose – for ACE and its litigation in the Cayman Islands.

3. Any further issues involving the subpoena served by CIGNA upon Non-Party Respondent Joseph H. Lilly, III are postponed until this Court determines whether it has subject-matter jurisdiction and personal jurisdiction over the respondents who have raised jurisdictional issues.

                                                                                            _____
                                                                                            JUDGE PAUL S. DIAMOND

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., | : CIVIL ACTION : : |
| Plaintiff, | : : NO. 91-6785-PSD |
| v. | : : |
| CIGNA WORLDWIDE INS. CO., et al., | : : |
| Defendants. | : : : |

## NON-PARTY RESPONDENT JOSEPH H. LILLY, III'S
## MOTION FOR PROTECTIVE ORDERS

Pursuant to the Federal Rules of Civil Procedure and for the reasons stated in his accompanying Memorandum In Support of Motion for Protective Orders, Non-Party Respondent Joseph H. Lilly, III ("Lilly") hereby moves this Court for protective orders as follows:

1. An order postponing any issues involving the subpoena served upon Lilly until this Court determines whether it has subject-matter jurisdiction and personal jurisdiction over the respondents who have raised jurisdictional issues.

2. An order prohibiting CIGNA from seeking CCI documents through Lilly, CCI's attorney. If CIGNA wants to seek documents from CCI, it should follow the normal process for seeking discovery from a foreign non-party company by seeking letters rogatory from this Court and then seeking to get discovery from CCI in Nevis.

3. Alternatively, if the Court determines that CIGNA may seek CCI documents from Lilly, Lilly requests that the Court enter an order preventing CIGNA from having access to documents for which Lilly has claimed a privilege. In all events, if

the Court orders Lilly to disclose any confidential or privileged material, such disclosure should be done only under a protective order whereby CIGNA should only be permitted to use such documents in these United States District Court proceedings and, if so, under seal. Such confidential or privileged documents should not be used for a collateral purpose – for ACE and its litigation in the Cayman Islands.

Lilly respectfully requests oral argument.

Respectfully submitted,

FOX ROTHSCHILD LLP

/s/Robert C. Clothier
Robert C. Clothier (Attorney ID #57162)
Rochelle D. Laws (Attorney ID #206381)
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000 (Phone)
(215) 299-2150 (Fax)

and

Gary M. Miller (admitted *pro hac vice*)
Donald A. Vogelsang (admitted *pro hac vice*)
Matthew C. Wolfe (admitted *pro hac vice*)
GRIPPO & ELDEN LLC
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 704-7700 (Phone)
(312) 558-1195 (Fax)

Attorneys for Non-Party Respondent,
Joseph H. Lilly, III

Dated: March 18, 2013