IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| CIGNA WORLDWIDE INS. CO., et al., | NO. 91-6785-PSD |
| Defendants. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY OF NON-PARTY
RESPONDENTS MARTIN KENNEY AND JOSEPH H. LILLY, III.**

On April 17, 2013, Non-Party Respondents MARTIN KENNEY and JOSEPH H. LILLY, III became aware of the following authority relevant to the motions currently before the court.

On April 17, 2013, the United States Supreme Court issued its opinion in *Kiobel v. Royal Dutch Petroleum Co.*, ____ U.S. ____, 2013 WL 1628935 (copy attached as Exhibit 1). The case reaffirms the rule announced in *Morrison v. National Australia Bank, Ltd.,* 561 U.S. ___, 130 S.Ct. 2869 (2010), that the laws of the United States do not apply to actions taken by foreign nationals in foreign countries absent Congress so stating in the law. *Kiobel*, Slip op. at 4. It also reaffirms the "presumption that United States law governs domestically but does not rule the world." *Id*.

In their briefs filed on April 15, 2013 (Dkt. Nos. 375 and 376), Non-Party Respondents Martin Kenney and Joseph Lilly cited and relied upon *Morrison* for the point that the laws and rules relating to criminal or civil contempt do not apply extraterritorially. They hereby cite the *Kiobel* opinion as additional authority.

-2-

        Respectfully submitted,


        */s/ Robert C. Clothier*
        Robert C. Clothier (Attorney ID #57162)
        Rochelle D. Laws (Attorney ID #206381)
        FOX ROTHSCHILD LLP
        2000 Market Street, 20th Floor
        Philadelphia, PA  19103
        (215) 299-2000 (Phone)
        (215) 299-2150 (Fax)

        and

        Gary M. Miller (admitted *pro hac vice*)
        Donald A. Vogelsang (admitted *pro hac vice*)
        Matthew C. Wolfe  (admitted *pro hac vice*)
        GRIPPO & ELDEN LLC
        111 S. Wacker Drive, Suite 5100
        Chicago, IL 60606
        (312) 704-7700 (Phone)
        (312) 558-1195 (Fax)

        Attorneys for Non-Party Respondents,
        MARTIN KENNEY and JOSEPH H.
        LILLY, III

Dated:   April 18, 2013

## CERTIFICATE OF SERVICE

I hereby certify, that on this date a true and correct copy of the foregoing Notice Of Supplemental Authority Of Non-Party Respondents Martin Kenney And Joseph H. Lilly, III, was served via the Court's ECF filing system (unless otherwise stated) upon the parties listed on the attached service list:

Donald W. Hawthorne, Esquire
AXINN VELTROP HARKRIDER LLP
114 West 47th Street
New York, NY 10036

Donald Francis Donovan, Esquire
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022

Stephen A. Cozen, Esquire
Richard J. Bortnick, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
*Attorneys for Defendant, CIGNA Worldwide Insurance Company*

Derek T. Ho, Esquire
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
*(Via E-Mail)*

Joseph A. Tate, Esquire
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
*(Via E-Mail)*
*Attorneys for Non-Party Respondents,*
*ECHEMUS GROUP L.P., ECHEMUS INVESTMENT MANAGEMENT LTD., EF (US) LLC, AND JAMES LITTLE*

　　　　　　　　　　　　　　　　　　　*/s/ Rochelle D. Laws*
　　　　　　　　　　　　　　　　　　　ROCHELLE D. LAWS

Dated:    April 18, 2013