# **EXHIBIT A**

| No. | Date Range | Type | Authors and/or Recipients | Description | Party Asserting Privilege | Capacity of Other Parties | Basis for Withholding | CWW Objections |
|---|---|---|---|---|---|---|---|---|
| 3 | 1/7/2011 | Memo | Kenney, Martin; Reichner, Henry; Malin, Mary Catherine; Gresser, James; Hahs, Ona; Katwan, Ron; Little, James | Confidential memo from Commissioner's attorneys to State Department re immunity issues in PA Action | Kenney as attorney for Commissioner and Liberia (Work-Product Doctrine; Litigation Privilege); Kenney on behalf of client, Liberia and Commissioner (Intergovernmental Communication) | Reichner (Commissioner); Malin (State); Gresser (State); Hahs (State); Katwan (State); Little (MKS) | Work-Product Doctrine; Litigation Privilege; Intergovernmental Communication | Communication with State Department; CWW substantial need and undue hardship |
| 4 | 2/13/2011 | Email | Kenney, Martin; Lilly, Joseph; Bagalini, John; Little, James; Lohman, Samuel | Confidential communication among attorneys, including attorney for Commissioner, attorney for CCI, and Echemus director re respective roles of counsel and handling of fees | Kenney as attorney for the Commissioner (Work-Product Doctrine; Litigation Privilege); Lilly as attorney for CCI (Work- Product Doctrine; Litigation Privilege); Kenney and Lilly as parties possessing confidential business information related to CCI (Nevis Act) | Little (Echemus); Bagalini (MKS); Lohman (self & Commissioner) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Nevis Act ("Nevis Act") | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Terms of attorney retention; CWW substantial need and undue hardship |
| 5 | 2/10/2011-2/11/2011 | Email | Kenney, Martin; Lilly, Joseph; Little, James; Bagalini, John | Confidential communication between attorney for Commissioner, CCI attorney and Echemus directors re draft letter for Commissioner re case handling arrangements and limitations | Kenney as attorney for the Commissioner (Work-Product Doctrine; Litigation Privilege); Lilly as attorney for CCI (Work- Product Doctrine; Litigation Privilege); Kenney and Lilly as parties possessing confidential business information related to CCI (Nevis Act) | Little (Echemus); Bagalini (Echemus); Lilly (CCI) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Nevis Act | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Reliance on foreign law; Used to refresh witness recollection; CWW substantial need and undue hardship |
| 6 | 2/11/2011 | Draft Letter | Kenney, Martin; Lilly, Joseph; Little, James | Confidential draft of letter from Commissioner to Echemus Board drafted by CCI attorney and conveyed for review to Echemus director re case handling arrangements and limitations | Kenney as attorney for the Commissioner (Work-Product Doctrine; Litigation Privilege); Lilly as attorney for CCI (Work- Product Doctrine; Litigation Privilege); Kenney and Lilly as parties possessing confidential business information related to CCI (Nevis Act) | Little (Echemus) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Nevis Act | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Reliance on foreign law; Used to refresh witness recollection; CWW substantial need and undue hardship |
| 7 | 2/10/2011 | Legal Opinion | Kenney, Martin; Lilly, Joseph; Little, James | Confidential legal opinion from CCI attorney to Echemus board, reflecting work-product of Commissioner's attorney and confidential business information | Kenney as attorney for the Commissioner (Work-Product Doctrine; Litigation Privilege); Lilly as attorney for CCI (Work- Product Doctrine; Litigation Privilege); Kenney and Lilly as parties possessing confidential business information related to CCI (Nevis Act) | Little (Echemus) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Nevis Act | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Reliance on foreign law; Used to refresh witness recollection |
| 12 | 2006-2011 | Financial Statements | Kenney, Martin; Harrigan, Glenn; Bagalini, John; Little, James | CCI's confidential Financial Statements from 2006-2011 | Kenney as a party possessing confidential business information related to CCI (Nevis Act) | Harrigan (CCI); Bagalini (MKS); Little (Echemus) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (Kenney); Crime-fraud exception (Echemus) |
| 13 | 2011 | Financials | Kenney, Martin; Harrigan, Glenn; Bagalini, John; Little, James | CCI's confidential Financials | Kenney as a party possessing confidential business information related to CCI (Nevis Act) | Harrigan (CCI); Bagalini (MKS); Little (Echemus) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (Kenney); Crime-fraud exception (Echemus) |
| 16 | 11/14/2011 | Email | Kenney, Martin; Little, James; Bagalini, John | Confidential communication re structure of CCI shares | Kenney as a party possessing confidential business information related to CCI (Nevis Act) | Little (Echemus); Bagalini (Echemus) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (Echemus) |
| 36 | 2/23/2011 | Email | Little, James; Kenney, Martin; Lilly, Joseph; Reichner, Henry; Gottlieb, Mark; Lohman, Samuel; Pillsbury, William; Breene, Paul; Bagalini, John | Confidential communication between CCI counsel and Echemus director made for purpose of obtaining/providing legal advice re interest statute for judgments, copying common-interest parties | Lilly as attorney for CCI | Little (Echemus); Kenney (Commissioner); Reichner (Commissioner); Breene (Commissioner); Lohman (self & Commissioner); Gottlieb (Lohman); Pillsbury (Lohman); Bagalini (MKS/Commissioner) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); CWW substantial need and undue hardship |

| No. | Date Range | Type | Authors and/or Recipients | Description | Party Asserting Privilege | Capacity of Other Parties | Basis for Withholding | CWW Objections |
|---|---|---|---|---|---|---|---|---|
| 54 | 1/10/2011 | Email | Little, James; Kenney, Martin; Gresser, James; Reichner, Henry; Malin, Mary Catherine | Confidential communication between Commissioner's attorneys, State Department and consultant re immunity issues in PA Action | Kenney as attorney for Commissioner and Liberia | Little (MKS/Commissioner); Gresser (State); Reichner (Commissioner); Malin (State) | Work-Product Doctrine; Litigation Privilege; Intergovernmental Communication | Communication with State Department; CWW substantial need and undue hardship |
| 71 | 11/11/2010 | Report of Board | Kenney, Martin; Bagalini, John; Little, James | Notice of CCI Board Meeting and Report to Board of Directors of CCI by Commissioner's counsel re events in Cayman, DE and PA Actions | Kenney as attorney for Commissioner (Work-Product Doctrine; Litigation Privilege); Kenney as a party possessing confidential business information related to CCI (Nevis Act) | Little (self & Echemus); Bagalini (MKS/Commissioner) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Nevis Act | Crime-fraud exception (Echemus); Reliance on foreign law; CWW substantial need and undue hardship |
| 93 | 11/15/2010 | Memo | Little, James; Reichner, Henry; Kenney, Martin; Lilly, Joseph; Malin, Mary Catherine; Silski, Andrew; Gresser, James; Hahs, Ona; Katwan, Ron | Confidential memo to State Department from Commissioner's attorneys re immunity issues in PA Action, drafted in collaboration with consultants and common-interest parties and reflecting communications with client made for purpose of obtaining/providing legal advice | Kenney as attorney for Commissioner and Liberia (Work-Product Doctrine; Litigation Privilege; Liberian Constitutional Privilege); Kenney on behalf of clients, Liberia and Commissioner (Intergovernmental Communication; Attorney-Client Privilege) | Little (MKS/Commissioner); Reichner (Commissioner); Lilly (MKS/Commissioner); Malin (State); Silski (State); Gresser (State); Hahs (State); Katwan (State) | Attorney-Client Privilege; Liberian Constitutional Privilege; Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Intergovernmental Communication | Communication with State Department; Reliance on foreign law; CWW substantial need and undue hardship |
| 111 | 7/31/2008 | Email | Kenney, Martin; Lilly, Joseph; Lohman, Samuel; Diamond, Amy; White, Steve; Little, James | Confidential communication between consultant and Delaware Department of Insurance re information relating to ACE purchase of CIGNA, revealing attorney strategy and made at request of, and forwarded to, Commissioner's attorneys | Kenney as attorney for Commissioner | Lilly (MKS/Commissioner); Diamond (MKS/Commissioner); White (State of DL); Little (MKS/Commissioner); Lohman (self & Commissioner) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege | Communication with State of Delaware; CWW substantial need and undue hardship |
| 116 | 11/15/2010 | Email | Little, James; Kenney, Martin; Reichner, Henry; Gottlieb, Mark; Lohman, Samuel; Lilly, Joseph; Bagalini, John; Malin, Mary Catherine; Silski, Andrew; Gresser, James; Hahs, Ona; Schwartz, Jonathon; Townley, Stephen; Katwan, Ron | Confidential communication between Commissioner's attorneys and State Department re immunity issues, copying consultants | Kenney as attorney for Commissioner and Liberia (Work-Product Doctrine; Litigation Privilege); Kenney on behalf of clients, Liberia and Commissioner (Intergovernmental Communication) | Little (MKS/Commissioner); Lohman (self & Commissioner); Reichner (Commissioner); Gottlieb (Lohman); Lilly (MKS/Commissioner); Bagalini (MKS/Commissioner); Malin (State); Gresser (State); Silski (State); Hahs (State); Schwartz (State); Townley (State); Katwan (State) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege, Intergovernmental Communication | Communication with State Department; CWW substantial need and undue hardship |
| 131 | 10/1/2010 - 10/27/2010 | Email | Little, James; Kenney, Martin; Reichner, Henry; Gresser, James; Hahs, Ona; Malin, Mary Catherine; Katwan, Ron | Confidential communication between the Commissioner's attorneys and State Department re immunity issue in PA Action | Kenney as attorney for Commissioner and Liberia (Work-Product Doctrine; Litigation Privilege); Kenney on behalf of clients, Liberia and Commissioner (Intergovernmental Communication) | Little (MKS/Commissioner); Reichner (Commissioner); Gresser (State); Hahs (State); Malin (State); Katwan (State) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Intergovernmental Communication | Communication with State Department; CWW substantial need and undue hardship |
| 157 | 1/8/2010 | Email | Lilly, Joseph; Kenney, Martin; Bagalini, John; Lohman, Samuel | Confidential communication re amended (to address Senesie's replacement with Sesay) retention agreement between Commissioner and attorneys | Lilly as attorney for CCI and Kenney as attorney for self (Work-Product Doctrine; Litigation Privilege); Lilly on behalf of CCI and Kenney for self (Attorney-Client Privilege) | Lilly (CCI); Lohman (self); Bagalini (MKS) | Attorney-Client Privilege; Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Nevis Act | Crime-fraud exception (CCI); Crime-fraud exception (Lohman); Crime-fraud exception (Kenney); Reliance on foreign law; CWW substantial need and undue hardship |
| 158 | 1/8/2010 | Draft Agreement | Lilly, Joseph; Kenney, Martin; Bagalini, John; Lohman, Samuel | Confidential draft of amended (to address Senesie's replacement with Sesay) retention agreement between Commissioner and attorneys, containing privileged information including, attorney-client communications, litigation goals and strategy | Lilly as attorney for CCI and Kenney as attorney for self (Work-Product Doctrine; Litigation Privilege) and Lilly on behalf of CCI and Kenney for self (Attorney-Client Privilege) | Lilly (CCI); Lohman (self); Bagalini (MKS) | Attorney-Client Privilege; Liberian Constitutional Privilege; Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Lohman); Crime-fraud exception (Kenney); Reliance on foreign law; CWW substantial need and undue hardship |

Case 2:91-cv-06785-RD   Document 381-2   Filed 04/22/13   Page 4 of 12

CWW Objections to Martin Kenney's Privilege Log of February 15, 2013

| No. | Date Range | Type | Authors and/or Recipients | Description | Party Asserting Privilege | Capacity of Other Parties | Basis for Withholding | CWW Objections |
|---|---|---|---|---|---|---|---|---|
| 159 | 1/8/2010 | Redline of Draft Agreement | Lilly, Joseph; Kenney, Martin; Bagalini, John; Lohman, Samuel | Confidential redline of draft of amended (to address Senesie's replacement with Sesay) retention agreement between Commissioner and attorneys, containing privileged information including, attorney- client communications, litigation goals and strategy | Lilly as attorney for CCI and Kenney as attorney for self (Work-Product Doctrine; Litigation Privilege) and Lilly on behalf of CCI and Kenney for self (Attorney-Client Privilege) | Lilly (CCI); Lohman (self); Bagalini (MKS) | Attorney-Client Privilege; Liberian Constitutional Privilege; Work-Product Doctrine; Common-Interest/Joint- Defense Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Lohman); Crime-fraud exception (Kenney); Reliance on foreign law; CWW substantial need and undue hardship |
| 211 | 9/9/2010-9/16/2010 | Email | Kenney, Martin; Bagalini, John; Lilly, Joseph; Little, James; | Confidential communication between Echemus directors and CCI attorney, reflecting attorney's thoughts and mental impressions re draft documents for CCI Board meeting made in anticipation of litigation | Kenney as attorney for the Commissioner (Work-Product Doctrine; Litigation Privilege); Lilly as attorney for CCI (Work- Product Doctrine; Litigation Privilege); Kenney and Lilly as parties possessing confidential business information related to CCI (Nevis Act) | Bagalini (MKS/Commissioner); Lilly (CCI); Little (Echemus) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Nevis Act | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Reliance on foreign law; CWW substantial need and undue hardship |
| 231 | 7/19/2010 | Email | Kenney, Martin; Harrigan, Glenn; Lilly, Joseph; Lohman, Samuel; Bagalini, John; Little, James | Confidential communication from the Commissioner's attorneys and CCI attorney to CCI director re Commissioner's letter with its attorneys, made for the purpose of providing/obtaining legal advice | Kenney as attorney for the Commissioner (Work-Product Doctrine; Litigation Privilege); Lilly for CCI (Work-Product Doctrine; Litigation Privilege); Kenney and Lilly as parties possessing confidential business information related to CCI (Nevis Act) | Harrigan (CCI); Bagalini (MKS); Little (Echemus); Lilly (CCI); Lohman (self & Commissioner) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Nevis Act | Crime-fraud exception (CCI); Reliance on foreign law; CWW substantial need and undue hardship |
| 232 | 7/1/2010 | Letter | Kenney, Martin; Harrigan, Glenn; Lilly, Joseph; Lohman, Samuel; Bagalini, John; Ananaba, Charles; Sesay, Foday; Little, James; Abi Jaoudi | Confidential retention letter of Commissioner's attorneys to Commissioner, made for the purpose of providing/obtaining legal advice and reflecting attorney strategy | Lilly as attorney for CCI; Kenney as attorney for MKS (Work-Product Doctrine; Litigation Privilege; Liberian Constitutional Privilege); Kenney on behalf of client, MKS, and Lilly on behalf of client, CCI (Attorney-Client Privilege); Kenney and Lilly as parties possessing confidential business information related to CCI (Nevis Act) | Harrigan (CCI); Bagalini (MKS); Little (Echemus); Lilly (CCI); Lohman (self & Commissioner); Sesay (Liberia); Ananaba (G22); Abi Jaoudi (self) | Attorney-Client Privilege; Liberian Constitutional Privilege; Work-Product Doctrine; Common-Interest/Joint- Defense Privilege; Litigation Privilege; Nevis Act | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Crime-fraud exception (Kenney); Crime-fraud exception (Lohman); Crime-fraud exception (AJA); Terms of attorney retention; reliance on foreign law; CWW substantial need and undue hardship |
| 234 | 9/24/2010 | Memo | Kenney, Martin; Little, James; Bagalini, John; Lohman, Samuel; Chesson-Wureh, Yvette | Confidential talking points for meeting with Liberian President, reflecting legal advice | Kenney as attorney for Commissioner and Liberia (Work-Product Doctrine; Litigation Privilege; Liberian Constitutional Privilege); Kenney on behalf of clients, Liberia and Commissioner (Attorney-Client Privilege) | Little (MKS/Commissioner); Bagalini (MKS/Commissioner); Lohman (self & Commissioner); Chesson-Wureh (Liberia) | Attorney-Client Privilege; Liberian Constitutional Privilege; Work-Product Doctrine; Common-Interest/Joint- Defense Privilege; Litigation Privilege | Crime-fraud exception (Lohman); Reliance on foreign law; CWW substantial need and undue hardship |
| 239 | 5/12/2010 | Email | Kenney, Martin; Lohman, Samuel; Lilly, Joseph; Little, James; Bagalini, John | Communication between Commissioner's attorneys, consultants and common-interest parties re Cayman Action, reflecting communications with Commissioner and common-interest parties in Liberia made for purpose of obtaining/providing legal advice | Kenney as attorney for Commissioner and Liberia (Work-Product Doctrine; Litigation Privilege; Liberian Constitutional Privilege); Kenney on behalf of clients, Liberia and Commissioner (Attorney-Client Privilege) | Lohman (self & Commissioner); Bagalini (MKS/Commissioner); Little (Echemus); Lilly (MKS/Commissioner & CCI) | Attorney-Client Privilege; Liberian Constitutional Privilege; Work-Product Doctrine; Common-Interest/Joint- Defense Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Crime-fraud exception (Lohman); Reliance on foreign law; CWW substantial need and undue hardship |
| 244 | 11/2/2010-11/3/2010 | Email | Kenney, Martin; Lohman, Samuel; Reichner, Henry; Little, James; Gottlieb, Mark; Lilly, Joseph; Bagalini, John; Malin, Mary Catherine; Gresser, James | Confidential communication between State Department and Commissioner's attorneys re immunity issues in PA Action | Kenney as attorney for Commissioner and Liberia (Work-Product Doctrine; Litigation Privilege); Kenney on behalf of clients, Liberia and Commissioner (Intergovernmental Communication) | Lohman (self, Commissioner & Liberia); Lilly (MKS/Commissioner); Little (MKS/Commissioner); Gottlieb (Lohman); Reichner (Commissioner) Bagalini (MKS/Commissioner); Gresser (State); Malin (State) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege; Intergovernmental Communication | Communication with state department; CWW substantial need and undue hardship |
| 253 | 10/13/2010-10/14/2010 | Email | Kenney, Martin; Reichner, Henry; Lilly, Joseph; Bagalini, John; Little, James | Confidential communication between Commissioner's attorneys and common-interest parties re cost of litigating in various scenarios, reflecting attorney strategy | Kenney as attorney for Commissioner | Reichner (Commissioner); Bagalini (MKS/Commissioner); Lilly (CCI); Little (Echemus) | Work-Product Doctrine; Common-Interest/Joint-Defense Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); CWW substantial need and undue hardship |

| No. | Date Range | Type | Authors and/or Recipients | Description | Party Asserting Privilege | Capacity of Other Parties | Basis for Withholding | CWW Objections |
|---|---|---|---|---|---|---|---|---|
| 266 | 10/30/2008 | Memo | Kenney, Martin; Little, James; Stewart, Malcolm | Confidential memo to potential investor re M. Kenney's past experience, reflecting attorney thoughts and mental impressions re various cases | Kenney as attorney for Commissioner | Little (investment vehicle); Stewart (MKS) | Work-Product Doctrine; Litigation Privilege | Communication with potential investor; CWW substantial need and undue hardship |
| 267 | 11/25/2005 | Memo | Kenney, Martin; Hacker, Richard; Wise, Daniel; Bagalini, John; McGunn, James; Lohman, Samuel; O'Brien, Elizabeth | Confidential memo to potential investor re cases for potential investment vehicle, reflecting attorney thoughts and mental impressions re Abi Jaoudi Liberian Judgment | Kenney as attorney Abi Jaoudi | Hacker (MKS/Abi Jaoudi); Wise (MKS/Abi Jaoudi); Bagalini (MKS/Abi Jaoudi); McGunn (MKS/Abi Jaoudi); Lohman (MKS/Abi Jaoudi); O'Brien (MKS/Abi Jaoudi) | Work-Product Doctrine; Litigation Privilege | Communication with potential investor; Crime-fraud exception (Kenney); Crime-fraud exception (AJA); CWW substantial need and undue hardship |
| 270 | 3/28/2009 | Memo | Kenney, Martin; Little, James; Stewart, Malcolm | Confidential memo to potential investor re M. Kenney's past experience, reflecting attorney thoughts and mental impressions from re Cayman Action | Kenney as attorney for Commissioner | Little (investment vehicle); Stewart (investment vehicle) | Work-Product Doctrine; Litigation Privilege | Communication with potential investor; CWW substantial need and undue hardship |
| 271 | 7/16/2009 | Memo | Kenney, Martin; Little, James; Stewart, Malcolm | Confidential memo to potential investor re M. Kenney's past experience, reflecting attorney thoughts and mental impressions re various cases | Kenney as attorney for Commissioner | Little (investment vehicle); Stewart (investment vehicle) | Work-Product Doctrine; Litigation Privilege | Communication with potential investor; CWW substantial need and undue hardship |
| 272 | 8/30/2009 | Memo | Kenney, Martin; Little, James; Stewart, Malcolm | Confidential memo to potential investor re M. Kenney's past experience, reflecting attorney thoughts and mental impressions re various cases | Kenney as attorney for Commissioner | Little (investment vehicle); Stewart (investment vehicle) | Work-Product Doctrine; Litigation Privilege | Communication with potential investor; CWW substantial need and undue hardship |
| 273 | Jul-09 | Draft Letter | Kenney, Martin; Lohman Samuel; Little, James | Confidential draft letter from Samuel Lohman to Martin Kenney re Abi Jaoudi case, reflecting attorney thoughts and mental impressions | Kenney as attorney for Commissioner | Little (investment vehicle); Lohman (Commissioner) | Work-Product Doctrine; Litigation Privilege | Communication with potential investor; CWW substantial need and undue hardship |
| 283 | 4/25/2007 | Agreement | Lilly, Joseph; MKS; LFL; Commissioner Senesie, Ananaba, Charles, Little, James; Burford Capital Ltd. ("Burford"); CCP Financial Consultants Ltd. ("CCP") | International Claims Enforcement and Funding Agreement between Commissioner and CC International, Ltd. ("CCI"), reflecting attorney work-product and confidential communications with client | Lilly as attorney for CCI; MKS as attorney for Commissioner | MKS (Commissioner); LFL (Commissioner); Commissioner Senesie (Liberia); Ananaba (G22 & Abi Jaoudi); Little (Echemus); Burford (self); CCP (CCI) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Crime-fraud exception (AJA); Reliance on foreign law; Communication with potential investor; CWW substantial need and undue hardship |
| 284 | 7/1/2010 | Agreement | Lilly, Joseph; MKS; LFL; Commissioner Sesay; Ananaba, Charles, Little, James; Burford; CCP | First Amendment to International Claims Enforcement and Funding Agreement, reflecting attorney work-product and confidential communications with client | Lilly as attorney for CCI; MKS as attorneys for Commissioner | MKS (Commissioner); LFL (Commissioner); Commissioner Sesay (Liberia); Ananaba (G22 & Abi Jaoudi); Little (Echemus); Burford (self); CCP (CCI) | Nevis Act; Work-Product; Attorney-Client; Common-Interest; Joint-Defense/Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Crime-fraud exception (AJA); Crime-fraud exception (Lohman); Communication with potential investor; Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 285 | 4/25/2007 | Letter of Engagement | Lilly, Joseph; MKS; LFL; Commissioner Senesie | Letter of Engagement between MKS, LFL and Commissioner Senesie, reflecting legal strategy and confidential attorney-client communications | Lilly as attorney for CCI (Nevis Act); MKS as attorney for the Commissioner (Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege) | MKS (self); LFL (self); Commissioner Senesie (Liberia) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Kenney); Crime-fraud exception (Lohman); Terms of attorney retention; Reliance on foreign law; CWW substantial need and undue hardship |
| 286 | 3/15/2006 | Agreement | Lilly, Joseph; CCI; MKS; LFL; CCI Investments Ltd. ("CCI Investments"); Abi Jaoudi; Ananaba, Charles | Agreement between Kenney (as trustee for third-party investor) and CCI re purchase of shares, including promissory note from Kenney to CCI, guarantee by third-party investor of Kenney's obligations and escrow agreement, reflecting Lilly's work-product and communications with client | Lilly as attorney for CCI | CCI (self); MKS (self); LFL (Commissioner); CCI Investments (self); Abi Jaoudi (self); Ananaba (G22) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Kenney); Crime-fraud exception (AJA); Funding agreement; CWW substantial need and undue hardship |
| 287 | 2/22/2007 | Agreement | Lilly, Joseph; MKS; LFL; Ananaba, Charles; Abi Jaoudi; Commissioner Senesie | Memorandum of Understanding between Commissioner of Insurance and CCI | Lilly and MKS as attorneys for CCI | MKS (CCI); LFL (CCI); Ananaba (G22); Abi Jaoudi (self); Commissioner Senesie (Liberia) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (AJA); Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 288 | 12/19/2005 | Chart | Lilly, Joseph; MKS; LFL; Abi Jaoudi; Ananaba, Charles; CCI Investments | Charts of claims and potential recoveries, included in CCI offering information binder | Lilly as attorney for CCI | MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22); Abi Jaoudi (self); Ananaba (G22); CCI Investments (self) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |

| No. | Date Range | Type | Authors and/or Recipients | Description | Party Asserting Privilege | Capacity of Other Parties | Basis for Withholding | CWW Objections |
|---|---|---|---|---|---|---|---|---|
| 289 | 1/28/2005 | Agreement | Lilly, Joseph; MKS; LFL; St. Cleer LLC ("St. Cleer"); Abi Jaoudi; Ananaba, Charles | Copy of assignment of proceeds of claims from Abi Jaoudi to St Cleer LLC, containing confidential attorney-client communications and work-product | Lilly as attorney for CCI (Nevis Act); LFL as attorney for Abi Jaoudi (Nevis Act; Work- Product Doctrine; Attorney- Client Privilege; Joint- Defense Common Interest Privilege; Litigation Privilege) | MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22); St. Cleer (self); Abi Jaoudi (self); Ananaba (G22) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint- Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (AJA); Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 290 | 1/21/2005 | Agreement | Lilly, Joseph; MKS; LFL; St. Cleer; Abi Jaoudi; Ananaba, Charles | Copy of assignment of proceeds of claims from Ananaba to St Cleer LLC, containing confidential attorney-client communications and work-product | Lilly as attorney for CCI (Nevis Act); LFL as attorney for Abi Jaoudi (Nevis Act; Work- Product Doctrine; Attorney- Client Privilege; Joint- Defense Common Interest Privilege; Litigation Privilege) | MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22); St. Cleer (self); Abi Jaoudi (self); Ananaba (G22) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint- Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (AJA); Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 291 | 1/10/2007 | Draft Agreeme | Lilly, Joseph; MKS; LFL | Draft Shareholders Agreement for CCI, reflecting attorney work-product and confidential communications with CCI | Lilly and MKS as attorneys for CCI | MKS (CCI); LFL (CCI) | Nevis Act; Work-Product; Attorney- Client; Common-Interest; Joint- Defense/Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 292 | 4/27/2005 | Consent Award | Lilly, Joseph; LFL; MKS; Ananaba, Charles; Abi Jaoudi; St. Cleer | Swiss arbitration consent award between St. Cleer, LFL, MKS, CCI and G22 | Lilly as attorney for CCI | LFL (self); MKS (self); Ananaba (G22); Abi Jaoudi (self); St. Cleer (self) | Nevis Act; Swiss Law | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA); Crime-fraud exception (Kenney); Crime-fraud exception (Lohman) |
| 293 | 11/1/2009 | Agreement | Lilly, Joseph; MKS; LFL; Ananaba, Charles; Abi Jaoudi; CCI Investments | Agreement between Abi Jaoudi and G22 regarding distribution of recovery | Lilly as attorney for CCI | MKS (Commissioner); LFL (Commissioner); Ananaba (G22); Abi Jaoudi (self); CCI Investments (self) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 294 | 6/30/2005 | Agreement | Lilly, Joseph; St. Cleer; Ananaba; Abi Jaoudi | Amendment and Continuation of Agreement | Lilly as attorney for CCI | St. Cleer (self); Ananaba (G22); Abi Jaoudi (self) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 295 | 11/1/2009 | Agreement | Lilly, Joseph; LFL; MKS; Ananaba, Charles; Abi Jaoudi; CCP; CCI Investments | Addendum to Agreement of Final Settlement and Compromise between LFL, MKS, Abi Jaoudi, Ananaba and CCI Investments | Lilly as attorney for CCI | LFL (self); MKS (self); Ananaba (G22); Abi Jaoudi (self); CCP (CCI); CCI Investments (self) | Nevis Act; Swiss Law | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA); Crime-fraud exception (Kenney); Crime-fraud exception (Lohman) |
| 296 | 10/20/2006 | Agreement | Lilly, Joseph; LFL; MKS; St. Cleer; Ananaba, Charles; Abi Jaoudi; CCI Investments | Final Settlement and Compromise between LFL, MKS, Abi Jaoudi, Ananaba and CCI Investments | Lilly as attorney for CCI | LFL (self & St. Cleer); MKS (self); St. Cleer (self); Ananaba (G22); Abi Jaoudi (self); CCI Investments (self) | Nevis Act; Swiss Law | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA); Crime-fraud exception (Kenney); Crime-fraud exception (Lohman) |
| 297 | 3/15/2006 | Agreement | Lilly; MKS; Abi Jaoudi; Ananaba, Charles; LFL; CCP | Shareholder Agreement between CCI shareholders re rights and obligations | Lilly as attorney for CCI; MKS as attorneys for Commissioner | MKS (CCI); Abi Jaoudi (self); Ananaba (G22 & Abi Jaoudi); LFL (CCI); CCP (CCI) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint- Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (AJA); Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 298 | 6/30/2006 | Agreement | Lilly, Joseph; MKS; CCI; CCI Investments; CCP | Assignment and Assumption Agreement between CCI, Kenney and CCI Investments | Lilly as attorney for CCI | MKS (self); CCI (self); CCI Investments (self); CCP (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (Kenney) |

| Begin Bates | End Bates | Date | Type | Authors/Recipients | Description | Party Asserting Privilege | Capacity of Other Parties | Basis for Withholding | CWW Objections |
|---|---|---|---|---|---|---|---|---|---|
| JCL_JB_0003601 | JCL_JB_0003608 | 10/29/2010 | Invoice | Kenney, Martin; Little, James; Bagalini, John | Invoice of Martin Kenney & Co. Solicitors to Commissioner for work performed on Cayman Action, reflecting attorney strategy in same | Kenney as attorney for Commissioner | Little (Echemus); Bagalini (MKS/Commissioner) | Work-Product; Litigation Privilege | Crime-fraud exeption (Echemus); CWW substantial need and undue hardship |
| JCL_JB_0003591 | JCL_JB_0003600 | 11/22/2010 | Invoice | Kenney, Martin; Little, James; Bagalini, John | Invoice of Martin Kenney & Co. Solicitors to Commissioner for work performed on Cayman Action, reflecting attorney strategy in same | Kenney as attorney for Commissioner | Little (Echemus); Bagalini (MKS/Commissioner) | Work-Product; Litigation Privilege | Crime-fraud exeption (Echemus); CWW substantial need and undue hardship |
| JCL_JB_0003581 | JCL_JB_0003590 | 12/13/2010 | Invoice | Kenney, Martin; Little, James; Bagalini, John | Invoice of Martin Kenney & Co. Solicitors to Commissioner for work performed on Cayman Action, reflecting attorney strategy in same | Kenney as attorney for Commissioner | Little (Echemus); Bagalini (MKS/Commissioner) | Work-Product; Litigation Privilege | Crime-fraud exeption (Echemus); CWW substantial need and undue hardship |
| JCL_MK_0000020 JCL_MK_0000022 JCL_MK_0000024 JCL_MK_0000026 | JCL_MK_0000021 JCL_MK_0000023 JCL_MK_0000025 JCL_MK_0000026 | 2/16/2011-2/17/2011 | Email | Kenney, Martin; Bagalini, John; Little, James; Lilly, Joseph | Email among Echemus directors, Commissioner's attorney and CCI attorney re changes to claims handling, corporate restructuring and Third Circuit matters | Lilly as attorney for CCI (Work Product and Litigation Privilege) and Kenney and Lilly as parties in possession of confidential information re CCI (Nevis Act) | Little (Echemus); Bagalini (Echemus); Kenney (Commissioner) | Work-Product; Common-Interest/Joint-Defense; Litigation Privilege; St. Christopher & Nevis Confidential Relationships Act | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Terms of attorne retention; Used to refresh witness recollection; CWW substantial need and undue hardship |
| JCL_MK_0001786 JCL_MK_0001846 | JCL_MK_0001792 JCL_MK_0001852 | 5/20/2011 | Board Meeting Minutes | Lilly, Joseph (drafter); Kenney, Martin; Lohman, Samuel; Bailey, Nigel; Harrigan, Glenn; Little, James | Minutes of May 5, 2012 CCI Board Meeting, reflecting an attorney's presentation on the status of litigation (including Cayman Action, PA Action and DE Action) to common-interest parties | Kenney as attorney for the Commissioner (Liberian Constitutional Privilege; Work-Product Doctrine; Litigation Privilege), Kenney on behalf of the Commissioner (Attorney-Client Privilege) and Kenney and Lilly as parties in possession of confidential information re CCI entity (Nevis Act) | Lilly (CCI); Lohman (self & Commissioner); Bailey (CCI); Harrigan (CCI); Little (Echemus) | Attorney-Client; Liberian Constitutional Privilege; Work-Product; Joint-Defense; Litigation Privilege; St. Christopher & Nevis Confidential Relationships Act | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Crime-fraud exception (Lohman); Used to refresh witness recollection; CWW substantial need and undue hardship |
| JCL_MK_0001912 | JCL_MK_0001912 | 2/6/2012 | Email | Kenney, Martin; Bagalini, John; Little, James; Lilly, Joseph | Confidential communication between Echemus directors and CCI attorney re case handling and arrangements with Sam Lohman | Lilly as attorney for CCI; Kenney as attorney for Commissioner | Kenney (Echemus/MKS/Commissioner); Little (Echemus); Lilly (CCI); Bagalini (Echemus) | Work-Product Doctrine; Common-Interest/Joint- Defense Privilege; Litigation Privilege St. Christopher & Nevis Confidential Relationships Act | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); CWW substantial need and undue hardship |
| JCL_MK_0001794 JCL_MK_0001827 | JCL_MK_0001795 JCL_MK_0001828 | 2/27/2012 | Email | Kenney, Martin; Bagalini, John; Little, James; Lilly, Joseph | Email containing CCI attorney's mental thoughts and impressions re structuring company and arrangements for G22 claim | Lilly as attorney for CCI | Kenney (Echemus & Commissioner); Bagalini (Echemus); Little (Echemus) | Work-Product; Common-Interest/Joint-Defense; Litigation Privilege; St. Christopher & Nevis Confidential Relationships Act | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); CWW substantial need and undue hardship |

### CWW Objections to Joseph Lilly's Privilege Log of February 8, 2013

| No. | Date | Type | Authors/Recipients | Description | Party Asserting Privilege | Capacity of Other Parties (Where Applicable) | Basis for Withholding | CWW Objections |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/10/2010 | Notice of Special Meeting of the CCI Board | Joseph Lilly ("Lilly"); CC International Limited ("CCI") Board | Notice of Special Meeting of CCI Board and Draft Resolution | Lilly as attorney for CCI | CCI Board (self) | St. Christopher & Nevis Confidential Relationships Act ("Nevis Act") | Reliance on foreign law; Crime-fraud exception (CCI) |
| 2 | 2/28/2005 | Minutes | Lilly; Law Firm Lohman ("LFL"); CCI Board; Martin Kenney & Co. Solicitors ("MKS") | Minutes of meeting of Board of Directors, 2/28/05 | Lilly as attorney for CCI | LFL (CCI); CCI Board (self); MKS (Abi Jaoudi & Azar Trading Co. ("Abi Jaoudi")) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 3 | 2/24/2005 | Assignment | Lilly; MKS; LFL; CCP Financial Consultants Ltd. ("CCP") | Assignment of Subscription for CCI Stock | Lilly as attorney for CCI | MKS (Abi Jaoudi); LFL (CCI); CCP (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 4 | 3/15/2006 | Agreement | Lilly; MKS; Abi Jaoudi; Charles Ananaba, ("Ananaba"); LFL; CCP | Shareholder Agreement between CCI shareholders re rights and obligations | Lilly as attorney for CCI and MKS as attorneys for Commissioner | MKS (CCI); Abi Jaoudi (self); Ananaba (G22 & Abi Jaoudi); LFL (CCI); CCP (CCI) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (AJA); Shareholder agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 5 | 6/30/2006 | Agreement | Lilly; MKS; CCI; CCI Investments Ltd.("CCI Investments"); CCP | Assignment and Assumption Agreement between CCI, Kenney and CCI Investments | Lilly as attorney for CCI | MKS (self); CCI (self); CCI Investments (self); CCP (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (Kenney) |
| 6 | 2/25/2005 | Letter | Lilly; John Terry of Superior Trust Management; Geneva Trust Management; MKS; LFL | Letter re incorporation of CCI | Lilly as attorney for CCI | Superior Trust (CCI); Geneva Trust (CCI); MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 7 | 11/1/2009 | Agreement | Lilly; LFL; MKS; Ananaba; Abi Jaoudi; CCP; CCI Investments | Addendum to Agreement of Final Settlement and Compromise between LFL, MKS, Abi Jaoudi, Ananaba and CCI Investments | Lilly as attorney for CCI | LFL (self); MKS (self); Ananaba (G22); Abi Jaoudi (self); CCP (CCI); CCI Investments (self) | Nevis Act; Swiss Law | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA); Crime-fraud exception (Kenney); Crime-fraud exception (Lohman) |
| 8 | 10/20/2006 | Agreement | Lilly; LFL; MKS; St. Cleer LLC ("St. Cleer"); Ananaba; Abi Jaoudi; CCI Investments | Final Settlement and Compromise between LFL, MKS, Abi Jaoudi, Ananaba and CCI Investments | Lilly as attorney for CCI | LFL (self & St. Cleer); MKS (self); St. Cleer (self); Ananaba (G22); Abi Jaoudi (self); CCI Investments (self) | Nevis Act; Swiss Law | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA); Crime-fraud exception (Lohman) |
| 9 | 6/30/2005 | Agreement | Lilly; Ananaba; Abi Jaoudi; MKS; LFL | Amendment and Continuation of January 28, 2005 Agreement between St. Cleer and Abi Jaoudi | Lilly as attorney for CCI | Ananaba (G22); Abi Jaoudi (self); MKS (Abi Jaoudi); LFL (St. Cleer) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 10 | 11/3/2010 | Report | Lilly; MKS; LFL | Report to CCI Board from LFL and MKS re status of global litigation efforts, containing confidential attorney work-product and reflecting confidential attorney-client communications | Lilly as attorney for CCI (Nevis Act); MKS as attorney for the Commissioner (Nevis Act; Work-Product Doctrine; Attorney- Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege) | LFL (Commissioner) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint- Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Reliance on foreign law; CWW substantial need and undue hardship |
| 11 | 3/15/2006 | Agreement | Lilly; St. Cleer; MKS; LFL; Ananaba; Abi Jaoudi | Assignment Agreement between St. Cleer and CCI | Lilly as attorney for CCI | St. Cleer (self); MKS (CCI); LFL (CCI); Ananaba (G22); Abi Jaoudi (self) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 12 | 3/15/2006 | Agreement | Lilly; St. Cleer; MKS; LFL; Ananaba; Abi Jaoudi | Assignment Agreement between St. Cleer and CCI | Lilly as attorney for CCI | St. Cleer (self); MKS (CCI); LFL (CCI); Ananaba (G22); Abi Jaoudi (self) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 13 | 1/12/2007 | Minutes | Lilly; LFL; CCP; MKS | Minutes of meeting of CCI Board | Lilly as attorney for CCI | LFL (CCI); CCP (CCI); MKS (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 14 | 2008-2009 | Certificates | Lilly; MKS; CCP | Cancelled share certificates | Lilly as attorney for CCI | MKS (Commissioner); CCP (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |

**CWW Objections to Joseph Lilly's Privilege Log of February 8, 2013**

| No. | Date | Type | Authors/Recipients | Description | Party Asserting Privilege | Capacity of Other Parties (Where Applicable) | Basis for Withholding | CWW Objections |
|---|---|---|---|---|---|---|---|---|
| 15 | 3/1/2010 | Financial Statement; Resolutions | Lilly; MKS; LFL; Ananaba; CCP | 2009 Financial Statement of CCI and related CCI Board Resolutions | Lilly as attorney for CCI | MKS (Commissioner); LFL (Commissioner); Ananaba (G22 & Abi Jaoudi); CCP (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 16 |  | Bye-Laws | Lilly; MKS; LFL; CCP | CCI Bye-Laws | Lilly as attorney for CCI | MKS (CCI); LFL (CCI); CCP (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 17 | 2007 | Draft Resolution | Lilly | Draft Unanimous Consent of Board of Directors | Lilly as attorney for CCI | n/a | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 18 | 2008 | Financial Statement | Lilly; MKS; LFL; Ananaba; CCP | 2007 Financial Statement of CCI | Lilly as attorney for CCI | MKS (Commissioner); LFL (Commissioner); Ananaba (G22 & Abi Jaoudi); CCP (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 19 | 7/9/2008 | Resolution | Lilly; CCI Board; CCP; MKS | Unanimous Written Consent of CCI Board | Lilly as attorney for CCI | CCI Board (self); CCP (CCI); MKS (Commissioner) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 20 | 7/9/2008 | Resolution | Lilly; CCI Board; CCP; MKS | Unanimous Written Consent of CCI Board | Lilly as attorney for CCI | CCI Board (self); CCP (CCI); MKS (Commissioner) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 21 | 10/20/2006 | Certificate | Lilly; LFL; Ananaba; CCP; MKS | Share Certificate | Lilly as attorney for CCI | LFL (CCI); Ananaba (G22); CCP (CCI); MKS (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 22 | 4/2006 - 8/2007 | Certificates, Registers, Correspondence | Lilly; LFL; MKS; CCP | Correspondence from LFL to MKS enclosing, share certificates and share registers of CCI | Lilly as attorney for CCI | LFL (pre-April 2007: CCI, post-April 2007); MKS (pre- April 2007: CCI, post-April 2007: Commissioner); CCP (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 23 | 3/22/2010 | Agreement | Lilly; Airebil Limited; CCP; MKS | Share Transfer Agreement | Lilly as attorney for CCI | Airebil Limited (self); CCP (CCI); MKS (Commissioner) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 24 | 2006-09 | Sources & Uses Statement | Lilly; CCI; MKS; LFL; James Little ("Little") | CCI Sources & Uses Statement for 2006-09 | Lilly as attorney for CCI | CCI (self); LFL (pre-April 2007: CCI, post-April 2007); MKS (pre-April 2007: CCI, post-April 2007: Commissioner); Little (Echemus) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (Echemus) |
| 25 | 2007 | Draft Resolution | Lilly | Draft Written Consent of CCI Investments to Election of Director of CCI | Lilly as attorney for CCI | n/a | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 26 | 8/1/2008 | Resolution | Lilly; CCI Board; CCP; MKS | Unanimous Written Consent of CCI Board to Election of Officers | Lilly as attorney for CCI | CCI Board (self); CCP (CCI); MKS (Commissioner) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 27 | 4/25/2007 | Agreement | Lilly; MKS; LFL; Commissioner Senesie, Ananaba; Little; Burford Capital Ltd. ("Burford"); CCP | International Claims Enforcement and Funding Agreement between Commissioner and CCI, reflecting attorney work-product and confidential communications with client | Lilly as attorney for CCI and MKS as attorney for Commissioner | MKS (Commissioner); LFL (Commissioner); Commissioner Senesie (Liberia); Ananaba (G22 & Abi Jaoudi); Little (Echemus); Burford (self); CCP (CCI) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint- Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Echemus); Crime-fraud exception (AJA); Communication with potential investor; Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 28 | 3/15/2006 | Agreement | Lilly; CCI; MKS; LFL; CCI Investments; Abi Jaoudi; Ananaba | Agreement between Kenney (as trustee for third-party investor) and CCI re purchase of shares, including promissory note from Kenney to CCI, guarantee by third-party investor of Kenney's obligations and escrow agreement, reflecting Lilly's work- product and communications with client | Lilly as attorney for CCI | CCI (self); MKS (self); LFL (Commissioner); CCI Investments (self); Abi Jaoudi (self); Ananaba (G22) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint- Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Kenney); Crime-fraud exception (AJA); Communication with potential investor; Reliance on foreign law; CWW substantial need and undue hardship |
| 29 | 2/22/2007 | Agreement | Lilly; MKS; LFL; Ananaba; Abi Jaoudi; Commissioner | Memorandum of Understanding between Commissioner of Insurance and CCI | Lilly and MKS as attorneys for CCI | MKS (CCI); LFL (CCI); Ananaba (G22); Abi Jaoudi (self); Commissioner Senesie (Liberia) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint- Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (AJA); Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |

## CWW Objections to Joseph Lilly's Privilege Log of February 8, 2013

| No. | Date | Type | Authors/Recipients | Description | Party Asserting Privilege | Capacity of Other Parties (Where Applicable) | Basis for Withholding | CWW Objections |
|---|---|---|---|---|---|---|---|---|
| 30 | 3/22/2010 | Financial Statement; Resolutions | Lilly; MKS; LFL; Ananaba; CCP | 2009 Financial Statement of CCI and related resolutions | Lilly as attorney for CCI | MKS (Commissioner); LFL (Commissioner); Ananaba (G22 & Abi Jaoudi); CCP (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 31 | 6/30/2006 | Resolutions; Offering Summary; Investor Information Form | Lilly; MKS; LFL; CCP; CCI Investments | Resolutions of CCI Investments related to CCI; Excerpts from CCI Offering Summary; CCI Investor Information Form | Lilly as attorney for CCI | MKS (CCI); LFL (CCI); CCP (CCI); CCI Investments (self) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 32 | 11/3/2010 | Notice and Report | Lilly; MKS; LFL; CCP | Notice of Special Meeting of CCI Board, including as exhibits Report logged at 10 and Agreement and Addendum logged at 7 and 8. | Lilly as attorney for CCI (Nevis Act) and MKS (privileges claimed at 10). | MKS (Commissioner); LFL (Commissioner); CCP (CCI) | Nevis Act; Privileges claimed at 10. | Crime-fraud exception (CCI); Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 33 | 1/15/2007 | Resolutions | Lilly; CCI Board; CCP; LFL; MKS | Unanimous Written Consent of Liberian Members of CCI to Election of Director and exhibit (limited power of attorney ratifying agreement with St. Cleer, a Nevis entity) | Lilly as attorney for CCI | CCI Board (self); CCP (CCI); LFL (CCI); MKS (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 34 | 1/15/2007 | Resolutions | Lilly; CCI Board; CCP; LFL; MKS | Written consent of CCI Investments to Election of Director | Lilly as attorney for CCI | CCI Board (self); CCP (CCI); LFL (CCI); MKS (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 35 | 2007 | Draft Resolution | Lilly | Draft of Written Consent of CCI to Election of Director | Lilly as attorney for CCI | n/a | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 37 | 4/25/2007 | Letter of Engagement | Lilly; MKS; LFL; Commissioner Senesie | Letter of Engagement between MKS, LFL and Commissioner Senesie, reflecting legal strategy and confidential attorney-client communications | Lilly as attorney for CCI (Nevis Act) and MKS as attorney for the Commissioner (Nevis Act); Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege) | MKS (self); LFL (self); Commissioner Senesie (Liberia) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Kenney); Crime-fraud exception (Lohman); Terms of attorney retention; Reliance on foreign law; CWW substantial need and undue hardship |
| 38 | 7/9/2008 | Resolution | Lilly; CCI Board; CCP; LFL; MKS | Unanimous Written Consent of CCI Board | Lilly as attorney for CCI | CCI Board (self); CCP (CCI); LFL (Commissioner); MKS (Commissioner) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 39 | 12/19/2005 | Information Binder | Lilly; MKS; LFL; Abi Jaoudi; Ananaba; CCI Investments | TOC from First Amended and Restated Confidential Information Binder of CCI (1) | Lilly as attorney for CCI | MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22); Abi Jaoudi (self); Ananaba (G22); CCI Investments (self) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 40 | 12/19/2005 | Information Binder | Lilly; MKS; LFL; Abi Jaoudi; Ananaba; CCI Investments | Summary of Offering from First Amended and Restated Confidential Information Binder of CCI | Lilly as attorney for CCI | MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22); Abi Jaoudi (self); Ananaba (G22); CCI Investments (self) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |

## CWW Objections to Joseph Lilly's Privilege Log of February 8, 2013

| No. | Date | Type | Authors/Recipients | Description | Party Asserting Privilege | Capacity of Other Parties (Where Applicable) | Basis for Withholding | CWW Objections |
|---|---|---|---|---|---|---|---|---|
| 41 | 12/19/2005 | Chart | Lilly; MKS; LFL; Abi Jaoudi; Ananaba; CCI Investments | Charts of claims and potential recoveries, included in CCI offering information binder | Lilly as attorney for CCI | MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22); Abi Jaoudi (self); Ananaba (G22); CCI Investments (self) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 42 | 12/19/2005 | Memorandum | Lilly; MKS; LFL; Abi Jaoudi; Ananaba; CCI Investments | Memorandum outlining facts and issues re potential enforcement of Abi Jaoudi and G-22 judgments, included in CCI offering information binder | Lilly as attorney for CCI (Nevis Act) and MKS as attorney for Abi Jaoudi (Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege) | MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22); Abi Jaoudi (self); Ananaba (G22); CCI Investments (self) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (AJA); Communication with potential investor; Reliance on foreign law; CWW substantial need and undue hardship |
| 43 | 12/19/2005 | Litigation Budget | Lilly; MKS; LFL; Abi Jaoudi; Ananaba; CCI Investments | Litigation cost plan for enforcement of Abi Jaoudi and G-22 judgments, included in CCI offering information binder | Lilly as attorney for CCI (Nevis Act) and MKS as attorney for Abi Jaoudi (Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege) | MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22); Abi Jaoudi (self); Ananaba (G22); CCI Investments (self) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (AJA); Communication with potential invetor; Reliance on foreign law; CWW substantial need and undue hardship |
| 44 | 1/28/2005 | Agreement | Lilly; MKS; LFL; St. Cleer; Abi Jaoudi; Ananaba | Copy of assignment of proceeds of claims from Abi Jaoudi to St Cleer LLC, containing confidential attorney-client communications and work-product | Lilly as attorney for CCI (Nevis Act) and LFL as attorney for Abi Jaoudi (Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege) | MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22); St. Cleer (self); Abi Jaoudi (self); Ananaba (G22) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (AJA); Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 45 | 1/21/2005 | Agreement | Lilly; MKS; LFL; St. Cleer; Abi Jaoudi; Ananaba | Copy of assignment of proceeds of claims from Ananaba to St Cleer LLC, containing confidential attorney-client communications and work-product | Lilly as attorney for CCI (Nevis Act) and LFL as attorney for Abi Jaoudi (Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege) | MKS (Abi Jaoudi); LFL (Abi Jaoudi & G22); St. Cleer (self); Abi Jaoudi (self); Ananaba (G22) | Nevis Act; Work-Product Doctrine; Attorney-Client Privilege; Joint-Defense Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (AJA); Funding agreement; Reliance on foreign law; CWW substantial need and undue hardship |
| 47 | 2/27/2005 | Minutes | Lilly; CCP | Minutes of Organizational Meeting of CCI | Lilly as attorney for CCI | CCP (CCI) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 48 | 1/15/2007 | Resignation | Lilly; LFL; CCP; MKS; Ananaba | Resignation of St Cleer LLC as director of CCI | Lilly as attorney for CCI | LFL (St. Cleer); CCP (CCI); MKS (CCI); Ananaba (G22 & Abi Jaoudi) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |
| 49 | 2007 | Draft Resolution | Lilly | Draft Unanimous Written Consent of the Shareholders of CCI to Amendment of Bye-laws | Lilly as attorney for CCI | n/a | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 50 | 3/19/2010 | Resolution | Lilly; CCI Board; CCP; MKS | Unanimous Written Consent of CCI Board | Lilly as attorney for CCI | CCI Board (self); CCP (CCI); MKS (Commissioner) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 51 | | Draft Resolution | Lilly | Draft unanimous consent of Liberian shareholders of CCI to election of director | Lilly as attorney for CCI | n/a | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 52 | 2007 | Draft Resolution | Lilly | Draft Written Consent of the Shareholders of CCI to Amendment of Bye-laws | Lilly as attorney for CCI | n/a | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 54 | 6/30/2005 | Agreement | Lilly | Amendment and Continuation of Agreement | Lilly as attorney for CCI | n/a | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI) |
| 55 | 4/27/2005 | Consent Award | Lilly; LFL; MKS; Ananaba; Abi Jaoudi; St. Cleer | Swiss arbitration consent award between St. Cleer, LFL, MKS, CCI and G22 | Lilly as attorney for CCI | LFL (self); MKS (self); Ananaba (G22); Abi Jaoudi (self); St. Cleer (self) | Nevis Act; Swiss Law | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA); Crime-fraud exception (Kenney); Crime-fraud exception (Lohman) |
| 56 | 11/1/2009 | Agreement | Lilly; MKS; LFL; Ananaba; Abi Jaoudi; CCI Investments | Agreement between Abi Jaoudi and G22 regarding distribution of recovery | Lilly as attorney for CCI | MKS (Commissioner); LFL (Commissioner); Ananaba (G22); Abi Jaoudi (self); CCI Investments (self) | Nevis Act | Reliance on foreign law; Crime-fraud exception (CCI); Crime-fraud exception (AJA) |

| | | | | CWW Objections to Joseph Lilly's Privilege Log of February 8, 2013 | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Date | Type | Authors/Recipients | Description | Party Asserting Privilege | Capacity of Other Parties (Where Applicable) | Basis for Withholding | CWW Objections |
| 57 | 7/1/2010 | Letter of Engagement | Lilly; MKS; LFL; Commissioner Sesay; Abi Jaoudi; Ananaba | Confirmation of Letter of Engagement, reflecting attorney work-product and confidential communications with client | Lilly as attorney for CCI and MKS for themselves and as attorneys for Commissioner | MKS (self & Commissioner); LFL (self & Commissioner); Commissioner (Liberia); Abi Jaoudi (self); Ananaba (G22) | Nevis Act; Work-Product; Attorney-Client; Common-Interest; Joint-Defense/Common Interest Privilege; Litigation Privilege | Crime-fraud exception (CCI); Crime-fraud exception (Kenney); Crime-fraud exception (Lohman); Terms of attorney retention; Reliance on foreign law; CWW substantial need and undue hardship |