# **<u>Exhibit C – Filed Under Seal</u>**