UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------------X
THE ABI JAOUDI AND AZAR TRADING CORP., :
:
       Plaintiff, :
: Civil Action No. 91-6785
   -against- :
:
CIGNA WORLDWIDE INSURANCE CO., :
:
       Defendant. :
-------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Cigna Worldwide Insurance Co.'s Memorandum in Reply to Martin Kenney's, Joseph Lilly's, the Echemus Entities' and James Little's Memoranda in Opposition to Cigna Worldwide Insurance Co.'s Motion to Compel Production of Documents from James Little and Joseph Lilly, and all accompanying papers, was served electronically on this date to:

Henry F. Reichner, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mark E. Gottlieb, Esquire
OFFIT KURMAN, P.A.
1801 Market Street
Suite 2300
Philadelphia, PA 19103

Robert C. Clothier, III, Esquire
FOX ROTHSCHILD LLP
2000 Market Street
20th Floor
Philadelphia, PA 19103-3291

Gary M. Miller, Esquire
GRIPPO & ELDEN LLC
111 South Wacker Drive
51st Floor
Chicago, IL 60606

Thad J. Bracegirdle, Esquire
WILKS, LUKOFF &
BRACEGIRDLE, LLC
1300 North Grant Avenue
Suite 100
Wilmington, Delaware 19806

Derek T. Ho, Esquire
KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W. Suite 400
Washington, DC 20036

Joseph A. Tate, Esquire
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

and was also deposited to be sent by First Class Mail to:

Mr. Foday Sesay
Mr. Josie Senesie
c/o The Embassy of Liberia to the United States
5201 16th Street NW
Washington DC 20011
Attention: Mr. Edwin Sele, Deputy Chief of Mission

Dated:  April 22, 2013

                        **AXINN, VELTROP & HARKRIDER LLP**

                        By:     /s/ Donald W. Hawthorne
                              Donald W. Hawthorne
                              114 W. 47TH Street
                              New York, NY  10036
                              (212) 261-5665

**COZEN O'CONNOR**

Stephen A. Cozen              *Attorneys for Defendant Cigna Worldwide*
Richard J. Bortnick            *Insurance Company*
1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-2000

**DEBEVOISE & PLIMPTON LLP**

Donald Francis Donovan
919 Third Avenue
New York, NY  10022
(212) 909-6000