IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., <br>         Plaintiff, <br><br> v. <br><br> CIGNA WORLDWIDE INS. CO., et al., <br>         Defendants. | : <br> : <br> : <br> : <br> : <br> :    Civ. No. 91-6785 <br> : <br> : <br> : |

**O R D E R**

**AND NOW**, this 6th day of May, 2013, upon consideration of the Motion of the Echemus Entities and James Little for Leave to File Sur-Reply in Opposition to Defendant Cigna Worldwide Insurance Co.'s Motion to Unseal the Record and Modify the Protective Order (Doc. No. 387), it is hereby **ORDERED** that the Motion is **GRANTED**.

                                                **AND IT IS SO ORDERED.**

                                                */s/ Paul S. Diamond*

                                                _____
                                                Paul S. Diamond, J.