IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., :<br>　　　　Plaintiff, :<br>:<br>v. :　Civ. No. 91-6785<br>:<br>CIGNA WORLDWIDE INS. CO., et al., :<br>　　　　Defendants. :<br>: | |

## O R D E R

James Little and the Echemus entities, Respondents to Defendant CIGNA's Motion for Contempt, ask that I "assign" this matter to "mediation." (Doc. No. 390.) CIGNA opposes this request. (Doc. No. 392.) I do not understand Respondents' request. If the Parties so desire, I am prepared to refer this matter to the Honorable Timothy K. Rice for mediation or to conduct such discussions myself. I will not, however, compel any Party to pay for a private mediation it does not want.

**AND NOW**, this 13th day of May, 2013, it is hereby **ORDERED** that the Echemus Respondents' letter request that I assign this matter to mediation is **DENIED without prejudice**.

　　　　　　　　　　　　　　　　　　　　　AND IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.