UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORPORATION, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | 91-CV-6785 |
| CIGNA WORLDWIDE INSURANCE COMPANY, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Ethan P. Davis as lead counsel for the United States in place of Jeffrey Smith and Alicia N. Ellington.

Dated: May 24, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ZANE DAVID MEMEGER
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

s/ *Ethan P. Davis*
ETHAN P. DAVIS
Trial Attorney
Civil Division
Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 514-9242
Fax: (202) 616-8470
E-Mail: Ethan.P.Davis@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 24, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will make the filing available for viewing and downloading and which will send notification of the filing to all parties.

*s/ Ethan P. Davis*
ETHAN P. DAVIS
