

**Fox Rothschild** LLP
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

Robert C. Clothier, Esquire
Direct Dial: (215) 299-2845
Email Address:  rclothier@foxrothschild.com



June 12, 2013

**VIA HAND DELIVERY**

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106

**FILED**

JUN 1 3 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

> Re:   **The Abi Jaoudi and Azar Trading Corp. v. Cigna Worldwide Ins. Co. et al.**
> **U.S.D.C., E.D. of PA, Civil Action No. 91-6785**

Dear Judge Diamond:

We represent non-party respondent Martin S. Kenney in the above-referenced matter.

We write in response to the June 10, 2013 letter sent to your Honor by Joseph A. Tate, counsel for non-party respondents Echemus Group, L.P., Echemus Investment Management Ltd., EF (USA) LLC (collectively, "Echemus") and James Little.

We continue to oppose any court-ordered mediation for the reasons set forth in my May 10, 2013 letter to Your Honor, a copy of which is attached. We remain amenable, however, to a private (not court-ordered) mediation, held outside the United States, that would encompass both this action and the related Cayman Islands proceeding.

Respectfully submitted,

Robert C. Clothier

RCC/rdl
cc:   All Counsel of Record (via email)

A Pennsylvania Limited Liability Partnership

California      Colorado      Connecticut      Delaware      District of Columbia
Florida      Nevada      New Jersey      New York      Pennsylvania