IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., :<br><br>       Plaintiff,<br> v.<br>CIGNA WORLDWIDE INS. CO.,<br><br>       Defendant. | CIVIL ACTION NO.<br><br>2:91-CV-06785-PD |

**ENTRY OF APPEARANCE**

  Please enter the appearance of David J. Creagan on behalf of Defendant CIGNA Worldwide Ins. Co., in the above-captioned matter.

                Respectfully submitted,

                WHITE AND WILLIAMS LLP

Dated: July 16, 2013       By: /s/ David J. Creagan
                 David J. Creagan (PA 70904)
                 1650 Market Street
                 One Liberty Place, Suite 1800
                 Philadelphia, PA  19103
                 Tel. (215) 864-7032

                Attorney for Defendant,
                CIGNA Worldwide Ins. Co.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2013, I caused a true and correct copy of the Entry of Appearance of David J. Creagan to be served upon all counsel of record, via the court's electronic filing system.

                                                WHITE AND WILLIAMS LLP

Dated: July 16, 2013                      By: /s/ David J. Creagan
                                                  David J. Creagan (PA 70904)
                                                  1650 Market Street
                                                  One Liberty Place, Suite 1800
                                                  Philadelphia, PA  19103
                                                  Tel. (215) 864-7032

11733616v.1