IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

THE ABI JAOUDI AND AZAR TRADING CORP., :
: :
: CIVIL ACTION NO.
Plaintiff, :
: 2:91-CV-06785-PD
v. :
:
CIGNA WORLDWIDE INS. CO., :
:
Defendant. :
_____ :

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Stephen A. Cozen and Cozen O'Connor in the above-captioned matter.

    Respectfully submitted,

    COZEN O'CONNOR

    By: /s/ Stephen A. Cozen
        Stephen A. Cozen
        PA 03492
        1900 Market Street
        3rd Floor

Dated: July 22, 2013    Philadelphia, PA  19103
        215-665-2020
        scozen@cozen.com

LEGAL\16962165\1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2013, I caused a true and correct copy of the Withdrawal of Appearance of Stephen A. Cozen and Cozen O'Connor to be served upon all counsel of record, via the Court's Electronic Case Filing system.

COZEN O'CONNOR

By: /s/ Stephen A. Cozen
Stephen A. Cozen
PA 03492
1900 Market Street
3rd Floor
Philadelphia, PA  19103
215-665-2020
scozen@cozen.com