IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
THE ABI JAOUDI AND AZAR TRADING : 
CORP., :
: CIVIL ACTION NO.
Plaintiff, :
: 2:91-CV-06785-PD
v. :
:
CIGNA WORLDWIDE INS. CO., :
:
Defendant. :
_____ :

# WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Richard Bortnick in the above-captioned matter.

                  Respectfully submitted,

                  COZEN O'CONNOR


                  By: /s/ Stephen A. Cozen
                      Stephen A. Cozen
                      PA 03492
                      1900 Market Street
                      3rd Floor
                      Philadelphia, PA 19103
Dated: July 30, 2013     215-665-2020
                      scozen@cozen.com

LEGAL\16998152\1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2013, I caused a true and correct copy of the Withdrawal of Appearance of Richard Bortnick to be served upon all counsel of record, via the Court's Electronic Case Filing system.

                COZEN O'CONNOR

                By:  /s/ Stephen A. Cozen
                      Stephen A. Cozen
                      PA 03492
                      1900 Market Street
                      3rd Floor
                      Philadelphia, PA  19103
                      215-665-2020
                      scozen@cozen.com