UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 91-CV-6785 ) ) |
| CIGNA WORLDWIDE INSURANCE COMPANY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that GREGORY DWORKOWITZ, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as lead counsel of record for the United States.

Dated: September 10, 2013               Respectfully submitted,

                                                            STUART F. DELERY
                                                            Assistant Attorney General

                                                            ZANE DAVID MEMEGER
                                                            United States Attorney

                                                            ANTHONY J. COPPOLINO
                                                            Deputy Branch Director

                                                            /s/ Gregory Dworkowitz
                                                            GREGORY DWORKOWITZ
                                                            Trial Attorney
                                                            N.Y. Bar Registration No. 4796041
                                                            United States Department of Justice
                                                            Civil Division, Federal Programs Branch
                                                            20 Massachusetts Ave., NW, Rm. 7336
                                                            Washington, DC  20530

Tel.: (202) 305-8576
Fax: (202) 616-8470
Email: gregory.p.dworkowitz@usdoj.gov

Counsel for United States

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court using the ECF system, which will make the filing available for viewing and downloading and which will send notification of the filing to all parties.

Dated:     September 10, 2013              */s/ Gregory Dworkowitz*
                                                                                         GREGORY DWORKOWITZ