UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORPORATION, </br></br>             Plaintiff, </br></br> v. </br></br> CIGNA WORLDWIDE INSURANCE COMPANY, *et al.*, </br></br>             Defendants. | ) </br> ) </br> ) </br> ) </br> )   91-CV-6785 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please withdraw the appearance of Ethan P. Davis as counsel of record for the United States in this matter.

Dated: September 10, 2013            Respectfully submitted,

                                      STUART F. DELERY
                                      Assistant Attorney General

                                      ZANE DAVID MEMEGER
                                      United States Attorney

                                      ANTHONY J. COPPOLINO
                                      Deputy Branch Director

                                      /s/ Ethan P. Davis
                                      ETHAN P. DAVIS
                                      Trial Attorney
                                      N.Y. Bar Registration No. 4731055
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      20 Massachusetts Ave., NW, Rm. 6118
                                      Washington, DC  20530
                                      Tel.: (202) 514-9242
                                      Fax: (202) 616-8470

Email: ethan.p.davis@usdoj.gov

Counsel for United States

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 10, 2013, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court using the ECF system, which will make the filing available for viewing and downloading and which will send notification of the filing to all parties.

Dated:     September 10, 2013            */s/ Ethan . Davis*
                                                                    ETHAN P. DAVIS