IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ABI JAOUDI AND AZAR TRADING CORP., : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 91-6785 |
| : | |
| CIGNA WORLDWIDE INS. CO., : | |
| Defendant. : | |

**O R D E R**

**AND NOW**, this 22nd day of July, 2016, after a contempt hearing at which Respondents had an opportunity to be heard and dispute the factual record, and upon consideration of CWW's Amended Motion for Civil Contempt (Doc. Nos. 437, 438), Non-Party Respondent Martin S. Kenney's Opposition Brief (Doc. No. 428), Non-Party Respondent Samuel Lohman's Opposition Brief (Doc. No. 429), Non-Party Respondent Garrett Kelleher's Opposition Brief (Doc. No. 432), CWW's Reply Memorandum in Further Support of Its Motion for Civil Contempt (Doc. No. 441), and Non-Party Respondent Martin S. Kenney's Surreply (Doc. No. 448), the hearings in this matter, and all related submissions, it is hereby **ORDERED** that:

1. CWW's "Amended Motion to Hold the Abi Jaoudi and Azar Trading Corporation, Samuel Lohman, Martin Kenney, and Garrett Kelleher in Civil Contempt" is **GRANTED**. (Doc. Nos. 437, 438.)

2. Respondents Abi Jaoudi and Azar Trading Corporation, Samuel Lohman, Martin Kenney, and Garrett Kelleher are in civil contempt for violating this Court's April 3, 2001 Order, <u>Younis Bros. & Co. v. CWW Worldwide Ins. Co.</u>, 167 F. Supp. 2d 743, 744 (E.D. Pa. 2001).

3. Samuel Lohman is in civil contempt for violating this Court's May 10, 2011, May 31, 2011, August 19, 2011, and March 21, 2012 discovery orders.  (Doc. Nos. 239, 246, 272, 302.)

4. CWW shall submit, on or before **August 5, 2016**, a memorandum of law in which it addresses the appropriate damages.  In its Memorandum, CWW shall also advise the Court with specificity as to the appropriate professional disciplinary authorities to which the Court may refer Mr. Lohman, and the appropriate manner of referral.  Any response to CWW's Memorandum shall be submitted on or before **August 19, 2016**.

        **AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.